# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Food Lion, LLC and Maryland and Virginia Milk Producers Cooperative Association, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00442 |
| Dairy Farmers of America, Inc., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff - Food Lion, LLC .

Date: 05/19/2020

s/ Ryan G. Rich
*Attorney's signature*

Ryan G. Rich, NC Bar# 37015
*Printed name and bar number*

Hunton Andrews Kurth LLP
101 South Tryon Street, Suite 3500
Charlotte, NC 28280

*Address*

rrich@huntonak.com
*E-mail address*

(704) 378-4778
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

       I hereby certify that on May 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that said document will be served on the defendant with the summons and complaint via certified mail, return receipt requested, addressed as follows:

DAIRY FARMERS OF AMERICA, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

                                                    s/ Ryan G. Rich
                                                       Ryan G. Rich