UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Food Lion, LLC and Maryland and Virginia Milk Producers Cooperative Association,

    Plaintiff(s),

vs. Dairy Farmers of America, Inc.,

    Defendant(s).

Case No.: 1:20-cv-00442

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

__Food Lion, LLC__ who is __Plaintiff__,
(Name of Party)    (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes    (✓) No

2. Does party have any parent corporations?

    (✓) Yes    ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Delhaize America, LLC; Delhaize US Holding, Inc.; Ahold Delhaize USA, Inc.,: Ahold Delhaize Investment Holding, Inc.; Ahold Delhaize America Holding, Inc.; Koninklijke Ahold Delhaize N.V.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes      (✓) No

If yes, identify all such owners: _____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes      (✓) No

If yes, identify entity and nature of interest: _____
_____
_____

s/ Ryan G. Rich                    May 19, 2020
_____      _____
(Signature)                               (Date)

MDNC (01/03)

## CERTIFICATE OF SERVICE

       I hereby certify that on May 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that said document will be served on the defendant with the summons and complaint via certified mail, return receipt requested, addressed as follows:

DAIRY FARMERS OF AMERICA, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

                                               s/ Ryan G. Rich
                                                 Ryan G. Rich