# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Food Lion, LLC and Maryland and Virginia Milk Producers Cooperative Association, *Plaintiff* | ) ) ) | |
| v. | ) | Case No.  1:20-cv-00442 |
| Dairy Farmers of America, Inc., *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff - Food Lion, LLC                                                                                          .

Date:    05/19/2020                                                            s/ A. Todd Brown, Sr.
                                                                                                *Attorney's signature*

                                                                              A. Todd Brown, Sr., NC Bar# 13806
                                                                                         *Printed name and bar number*

                                                                                    Hunton Andrews Kurth LLP
                                                                                  101 South Tryon Street, Suite 3500
                                                                                            Charlotte, NC 28280

                                                                                                     *Address*

                                                                                         tbrown@huntonak.com
                                                                                              *E-mail address*

                                                                                               (704) 378-4727
                                                                                             *Telephone number*


                                                                                                *FAX number*

## CERTIFICATE OF SERVICE

        I hereby certify that on May 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that said document will be served on the defendant with the summons and complaint via certified mail, return receipt requested, addressed as follows:

DAIRY FARMERS OF AMERICA, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

                                                  s/ A. Todd Brown, Sr.
                                                     A. Todd Brown, Sr.