# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Food Lion, LLC and Maryland and Virginia Milk Producers Cooperative Association, *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:20-cv-00442 |
| Dairy Farmers of America, Inc., *Defendant* | ) ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff - Food Lion, LLC              .

Date:   05/19/2020

s/ John S. Martin
*Attorney's signature*

s/ Ryan G. Rich, N.C. Bar No.: 37015
*Local Counsel Signature*

John S. Martin, VA Bar No.: 34618
*Printed name and bar number*

Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219

*Address*

martinj@huntonak.com
*E-mail address*

(804) 788-8774
*Telephone number*

*FAX number*

# CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that said document will be served on the defendant with the summons and complaint via certified mail, return receipt requested, addressed as follows:

DAIRY FARMERS OF AMERICA, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

                                                          s/ John S. Martin
                                                             John S. Martin