# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Food Lion, LLC and Maryland and Virginia Milk Producers Cooperative Association, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00442 |
| Dairy Farmers of America, Inc., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff - Food Lion, LLC                            .

Date:   05/19/2020                                                      s/ Kevin Hahm
                                                                                  *Attorney's signature*

s/ Ryan G. Rich, N.C. Bar No.: 37015                 Kevin Hahm, D.C. Bar No.: 463397
*Local Counsel Signature*                                      *Printed name and bar number*

                                                                    Hunton Andrews Kurth LLP
                                                                    2200 Pennsylvania Avenue, NW
                                                                    Washington, DC 20037
                                                                                  *Address*

                                                                          khahm@huntonak.com
                                                                                  *E-mail address*

                                                                            (202) 778-2227
                                                                                  *Telephone number*

                                                                                  *FAX number*

## CERTIFICATE OF SERVICE

   I hereby certify that on May 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that said document will be served on the defendant with the summons and complaint via certified mail, return receipt requested, addressed as follows:

DAIRY FARMERS OF AMERICA, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

                s/ Kevin Hahm
                 Kevin Hahm