# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Food Lion, LLC and Maryland and Virginia Milk Producers Cooperative Association,  *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:20-cv-00442 |
| Dairy Farmers of America, Inc.,  *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff - Food Lion, LLC                                                                                                                          .

Date:     05/19/2020                                                                              s/ Carter C. Simpson
                                                                                                                *Attorney's signature*

s/ Ryan G. Rich, N.C. Bar No.: 37015                                            Carter C. Simpson, DC Bar No.: 1012624
*Local Counsel Signature*                                                                      *Printed name and bar number*

                                                                                                        Hunton Andrews Kurth LLP
                                                                                                        2200 Pennsylvania Ave., NW
                                                                                                        Washington, DC 20037
                                                                                                                      *Address*

                                                                                                        csimpson@huntonak.com
                                                                                                                *E-mail address*

                                                                                                              (202) 955-1850
                                                                                                              *Telephone number*

                                                                                                                *FAX number*

# CERTIFICATE OF SERVICE

       I hereby certify that on May 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that said document will be served on the defendant with the summons and complaint via certified mail, return receipt requested, addressed as follows:

DAIRY FARMERS OF AMERICA, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

                                                s/ Carter C. Simpson
                                                  Carter C. Simpson