UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FOOD LION, LLC, and MARYLAND AND VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION, INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC.,<br><br>*Defendant*. | Case No. 1:20-cv-00442 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Maryland and Virginia Milk Producers Cooperative Association, Inc. ("MDVA") hereby certifies that MDVA has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

This 19th day of May, 2020.

**TROUTMAN SANDERS LLP**

s/ *Jason D. Evans*
Jason D. Evans
N.C. State Bar No. 27808
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1502
Jason.evans@troutman.com

James A. Lamberth (*pro hac vice pending*)
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
(404) 885-3362
james.lamberth@troutman.com

*Attorneys for Maryland and Virginia Milk Producers Cooperative Association, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2020, I electronically filed this document with the Clerk of the Court using the CM/ECF system, and served this document on Defendant's registered agent for service of process as required by the Federal Rules of Civil Procedure:

Dairy Farmers of America, Inc.
c/o Its Registered Agent, Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 7608

s/ *Jason D. Evans*
Jason D. Evans