# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| FOOD LION, LLC and MARYLAND AND VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> DAIRY FARMERS OF AMERICA, INC., <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-442 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    DAIRY FARMERS OF AMERICA, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan G. Rich                             Jason D. Evans
Hunton Andrews Kurth LLP                 Troutman Sanders LLP
Bank of America Plaza                    301 S. College Street, 34th Floor
101 South Tryon Street, Suite 3500       Charlotte, NC 28202
Charlotte, NC 28280                      Attorneys for Plaintiff Maryland and Virginia
Attorneys for Plaintiff Food Lion, LLC   Milk Producers Cooperative Association

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker                                              May 19, 2020
Clerk                                                         Date

/s/ Jamie L. Sheets
Deputy Clerk

Civil Action No. 1:20-cv-442

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: