## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Food Lion, LLC, and Maryland and Virginia Milk Producers Cooperative Association, Inc., | |
| *Plaintiffs*, | Case No. 1:20-cv-00442 |
| v. | |
| Dairy Farmers of America, Inc., | |
| *Defendant*. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 22, 2020, I electronically filed ECF No. 14 the Declaration of Mike John, ECF No. 15 the Declaration of Professor Mikhael Shor and ECF No. 16 the Declaration of Mark Latva with the Clerk of Court using the CM/ECF system, and that said document was served on the defendant with via UPS Overnight Mail, addressed as follows:

DAIRY FARMERS OF AMERICA, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

This the 26th day of May, 2020.

**HUNTON ANDREWS KURTH LLP**

s/ Ryan G. Rich
Ryan G. Rich, N.C. State Bar No. 37105
101 South Tryon Street, Suite 3500
Charlotte, North Carolina 28280
Telephone: (704) 378-4700
rrich@huntonak.com