UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FOOD LION, LLC, and MARYLAND AND VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION, INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC.,<br><br>*Defendant*. | Case No. 1:20-cv-00442<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, James A. Lamberth, hereby enters his appearance as counsel for Plaintiff Maryland and Virginia Milk Producers Cooperative Association, Inc. in this action, and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

This the 26th day of May, 2020.

/s/ *James A. Lamberth*
James A. Lamberth (admitted pro hac vice)
GA Bar No. 431851
Troutman Sanders, LLP
600 Peachtree Street, N.E. Suite 3000
Atlanta, GA 30308-2216
(404) 885-3362
james.lamberth@troutman.com

*Counsel for Maryland and Virginia Milk Producers Cooperative Association, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I electronically filed this document with the Clerk of the Court using the CM/ECF system, and served this document on Defendant's registered agent for service of process as required by the Federal Rules of Civil Procedure:

Dairy Farmers of America, Inc.
c/o Its Registered Agent, Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, NC 7608

          s/ *James A. Lamberth*
          James A. Lamberth