# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Food Lion, LLC and Maryland and Virginia Milk Producers Cooperative Association,<br>*Plaintiff*<br>v.<br>Dairy Farmers of America, Inc.,<br>*Defendant* | )<br>)<br>) Case No. 1:20-cv-00442<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff - Food Lion, LLC    .

Date:  06/02/2020

s/ Ryan P. Phair
*Attorney's signature*

s/ Ryan G. Rich, N.C. Bar No.: 37015
*Local Counsel Signature*

Ryan P. Phair, D.C. Bar No.: 479050
*Printed name and bar number*

Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
*Address*

rphair@huntonak.com
*E-mail address*

(202) 955-1921
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

   I hereby certify that on June 2, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that said document will be served on the defendant via UPS overnight delivery, addressed as follows:

DAIRY FARMERS OF AMERICA, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

                 s/ Ryan P. Phair
                  Ryan P. Phair