UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
1:20-cv-00442-CCE-JLW

| | |
|---|---|
| FOOD LION, LLC, and MARYLAND AND VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAIRY FARMERS OF AMERICA, INC., <br><br> Defendants. | **NOTICE OF APPEARANCE** |

Please note the entry of appearance of Brent F. Powell of the Firm of Womble Bond Dickinson (US) LLP as counsel of record for Defendant Dairy Farmers of America, Inc., in this matter.

Respectfully submitted this 2nd day of June 2020.

/s/ Brent F. Powell
Brent F. Powell
N.C. State Bar No. 41938
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: 336-721-3600
Fax: 336-721-3660
Brent.Powell@wbd-us.com

*Attorney for Defendant*

1