UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
1:20-cv-00442-CCE-JLW

| | |
|---|---|
| FOOD LION, LLC, and MARYLAND AND VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAIRY FARMERS OF AMERICA, INC., <br><br> Defendants. | **NOTICE OF APPEARANCE** |

Please note the entry of appearance of James P. Cooney III of the Firm of Womble Bond Dickinson (US) LLP as counsel of record for Defendant Dairy Farmers of America, Inc., in this matter.

Respectfully submitted this 2nd day of June 2020.

/s/ *James P. Cooney III*
James P. Cooney III
N.C. State Bar No. 12140
WOMBLE BOND DICKINSON (US) LLP
Charlotte, NC
Phone: 704-331-4900
Fax: 704-331-4955
Jim.Cooney@wbd-us.com

*Attorney for Defendant*

1