UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
1:20-CV-00442-CCE-JLW

| | |
|---|---|
| FOOD LION, LLC, and MARYLAND AND VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAIRY FARMERS OF AMERICA, INC., <br><br> Defendant. | **NOTICE OF APPEARANCE** |

Please note the entry of appearance of Sarah Motley Stone of the Firm of Womble Bond Dickinson (US) LLP as counsel of record for Defendant Dairy Farmers of America, Inc., in this matter.

Respectfully submitted this 9th day of June 2020.

                                       */s/ Sarah Motley Stone*
                                       Sarah Motley Stone
                                       N.C. State Bar No. 34117
                                       WOMBLE BOND DICKINSON (US) LLP
                                       301 S. College Street, Suite 3500
                                       Charlotte, NC 28202
                                       Phone: 704-331-4982
                                       Fax: 704-444-9973
                                       Email: Sarah.Stone@wbd-us.com

                                       *Attorney for Defendant*

1