# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| FOOD LION, LLC and MARYLAND AND VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION,<br><br>*Plaintiff(s)*<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:20-cv-442<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAIRY FARMERS OF AMERICA, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan G. Rich                                  Jason D. Evans
Hunton Andrews Kurth LLP          Troutman Sanders LLP
Bank of America Plaza                   301 S. College Street, 34th Floor
101 South Tryon Street, Suite 3500   Charlotte, NC 28202
Charlotte, NC 28280                       Attorneys for Plaintiff Maryland and Virginia
Attorneys for Plaintiff Food Lion, LLC   Milk Producers Cooperative Association

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Jamie L. Sheets
Deputy Clerk

May 19, 2020
Date

Civil Action No. 1:20-cv-442

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Dairy Farmers of America, Inc.**
was received by me on *(date)* **May 19, 2020**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* The Summons and Complaint, along with initial case opening documents, were served on Dairy Farmers of America, Inc., by certified mail, return receipt requested (Article No. 7018 0680 0000 2521 4367). Service was made on its registered agent, Corporation Service Company and was received May 26, 2020. See attached Exhibit A for proof of service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **June 9, 2020**

s/ Ryan G. Rich
*Server's signature*

Ryan G. Rich, N.C. Bar No. 37015
Counsel for Plaintiff Food Lion, LLC
*Printed name and title*

Hunton Andrews Kurth LLP
101 South Tryon Street, Suite 3500
Charlotte, NC 28280

*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

PROOF OF SERVICE



HUNTON ANDREWS KURTH LLP
BANK OF AMERICA PLAZA
SUITE 3500
101 SOUTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28280

TEL 704 • 378 • 4700
FAX 704 • 378 • 4890

BARBARA EVERS
DIRECT DIAL: 704 • 378 • 4729
EMAIL: bevers@HuntonAK.com

May 20, 2020

FILE NO: 074487.0000745

**Certified Mail, Return Receipt Requested** — Article # 7018 0680 0000 2521 4367

Dairy Farmers of America, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Re: Food Lion, LLC, *et al.* v. Dairy Farmers of America, Inc.,
USDC MDNC Civil Case No.: 1:20-cv-00442

Dear Sir/Madam:

Dairy Farmers of America, Inc., is hereby served with the following:

1. Issued Summons to Dairy Farmers of America, Inc.;
2. Complaint;
3. Appearance of Counsel – Ryan G. Rich for Food Lion, LLC;
4. Corporate Disclosure Statement of Food Lion, LLC
5. Appearance of Counsel – A. Todd Brown, Sr. for Food Lion, LLC;
6. Appearance of Counsel – John S. Martin for Food Lion, LLC;
7. Appearance of Counsel – Kevin Hahm for Food Lion, LLC;
8. Appearance of Counsel – Carter C. Simpson for Food Lion, LLC;
9. Appearance of Counsel – Jason D. Evans for MDVA;
10. Corporate Disclosure Statement of MDVA;
11. Notice of Right to Consent; and
12. List of Mediators.

ATLANTA   AUSTIN   BANGKOK   BEIJING   BOSTON   BRUSSELS   CHARLOTTE   DALLAS   DUBAI   HOUSTON   LONDON
LOS ANGELES   MIAMI   NEW YORK   NORFOLK   RICHMOND   SAN FRANCISCO   THE WOODLANDS   TYSONS   WASHINGTON, DC
www.HuntonAK.com

Case 1:20-cv-00442-CCE-JLW   Document 27   Filed 06/09/20   Page 4 of 9



Dairy Farmers of America, Inc.
May 20, 2020
Page 2


Sincerely,

Barbara Evers / LEG

Barbara Evers
Senior Paralegal

Enclosures







**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…**

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70180680000025214367

Remove ✕

Your item was delivered at 8:38 am on May 26, 2020 in WILMINGTON, DE 19808.

## ⊘ Delivered

May 26, 2020 at 8:38 am
Delivered
WILMINGTON, DE 19808

Get Updates ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

May 26, 2020, 8:38 am
Delivered
WILMINGTON, DE 19808
Your item was delivered at 8:38 am on May 26, 2020 in WILMINGTON, DE 19808.

---

May 23, 2020, 10:33 am
Delivery Attempted - No Access to Delivery Location
WILMINGTON, DE 19808

**May 23, 2020, 10:06 am**
Out for Delivery
WILMINGTON, DE 19808

**May 23, 2020, 9:55 am**
Arrived at Unit
WILMINGTON, DE 19808

**May 22, 2020, 6:53 pm**
Departed USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**May 22, 2020, 4:53 pm**
Arrived at USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**May 22, 2020**
In Transit to Next Facility

**May 20, 2020, 9:38 pm**
Arrived at USPS Regional Facility
CHARLOTTE NC DISTRIBUTION CENTER

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**