# EXHIBIT I


An official website of the United States government
Here's how you know


United States Department of Agriculture
Agricultural Marketing Service

# Federal Milk Marketing Orders

HOME › RULES & REGULATIONS › MARKETING ORDERS & AGREEMENTS › FEDERAL MILK MARKETING ORDERS

Federal Milk Marketing Orders (FMMOs) establish certain provisions under which dairy processors purchase fresh milk from dairy farmers supplying a marketing area.  In Federal order provisions, dairy processors are referred to as handlers and dairy farmers are known as producers.  A marketing area is generally defined as a geographic area where handlers compete for packaged fluid milk sales, although other factors may be taken into account when determining the boundaries of a marketing area.  Federal orders serve to maintain stable marketing relationships for all handlers and producers supplying marketing areas, thus facilitating the complex process of marketing fresh milk.

The Agricultural Marketing Agreement Act authorizes FMMOs and USDA amends and establishes them through a hearing process overseen by the Secretary of Agriculture.  The hearing process enables the dairy industry to submit proposals and evidence to support the establishment of and amendments to Federal order provisions.  This process allows the Federal order provisions to meet the changing needs of the dairy industry.  The establishment and amendments to a Federal order become effective only after approval by producers via a referendum process.

## Industry Hearing Request

**Emergency Hearing Requests for all Federal Milk Marketing Orders**

**Temporary Average Class I Price Mover due to COVID-19**

- Proponent Cooperatives and Marketing Agencies in Common (pdf)
- Amended Attachment A (pdf)
- USDA Response (pdf)

**Temporary Class I Price Floor due to COVID-19**

- Central Milk Producers Cooperative (pdf)
- Dairy Cooperative Marketing Association, Inc. (pdf)
- Great Lakes Milk Marketing Agency (pdf)
- Southwest Cooperative Marketing Agency (pdf)
- Upper Midwest Marketing Agency (pdf

# 2018 Farm Bill Provisions

- Class I Price Formula Change and Correction

The new price formulas will be reflected in the May Advanced Class I Skim Milk Price that will be announced on April 17, 2019.

- Extension of Dairy Forward Pricing Program

# Program Operations

Each milk marketing order includes:

- Classified price plan
- System of minimum prices
- Terms of the order
- Provisions for administering the order

# Information Requests

- Industry Requests

# Hearing Information

- National Hearings
- Regional Hearings
- Petitions

# Contact Information

Erin Taylor, Acting Director (effective May 2, 2016)
Angie Salinas, Senior Marketing Specialist

Phone: 202-720-4392
Fax: 202-690-0552

# Additional Resources

- Brochure: An Overview of the Federal Milk Marketing Order Program (pdf)
- Brochure: Federal Milk Marketing Order Program: Understanding the Milk Order Amendment Process (pdf)
- Map of Federal Milk Marketing Order Areas (pdf)
- List of Federal Milk Marketing Order Areas (doc)
- Price Formulas
- Agricultural Marketing Agreement Act
- Administrative Procedures Act

Return to top



Agricultural Marketing Service

Case 1:20-cv-00442-CCE-JLW   Document 32   Filed 06/17/20   Page 5 of 5