# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Food Lion, LLC, and Maryland and Virginia Milk Producers Cooperative Association, Inc., <br><br> *Plaintiffs*, <br><br> v. <br><br> Dairy Farmers of America, Inc., <br><br> *Defendant*. | Case No. 1:20-cv-00442 |

### JOINT MOTION TO EXTEND DEADLINE FOR FILING OF JOINT SUBMISSION ON DISCOVERY SCHEDULING

NOW COME the Parties in this matter and, jointly, move this Court for a seven (7) day extension of time within which to file a Joint Submission addressing the Parties' positions on discovery. Under this Court's Order of June 10, 2020, [ECF #28] providing for Expedited Discovery, the Court ordered this submission to be made on June 22, 2020. The Parties jointly request until June 29, 2020, within which to make this submission.

The grounds for this Motion are that, as suggested by the Court in its Order, the Parties are in the process of meeting and conferring over whether consolidation under Fed.R.Civ.P. Rule 65(a)(2) is appropriate and, if so, the terms and conditions under which such consolidation (and a longer period of discovery) could occur. The Parties believe that the extension of the present Joint Submission deadline by seven days will permit them to continue their discussions and determine whether they can arrive at an agreement on

consolidation. If so, then the Parties would intend to submit a consolidation order and schedule to the Court, along with any necessary orders. If the Parties are unable to reach an agreement on consolidation, then the Joint Submission would occur. In all other respects, the Parties are in compliance with this Court's June 10, 2020 Order.

WHEREFORE, the Parties jointly request that this Court extend the deadline for Joint Submission presently due on June 22, 2020, to and including June 29, 2020.

Respectfully submitted this 22 day of June 2020.

| **HUNTON ANDREWS KURTH LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| */s/ Ryan G. Rich* | */s/ Brent F. Powell* |
| A. Todd Brown, Sr., N.C. State Bar No. 13806 | James P. Cooney III |
| Ryan G. Rich, N.C. State Bar No. 37015 | N.C. State Bar No. 12140 |
| 101 South Tryon Street, Suite 3500 | Sarah Motley Stone |
| Charlotte, North Carolina 28280 | N.C. State Bar No. 34117 |
| Telephone: (704) 378-4700 | WOMBLE BOND DICKINSON (US) LLP |
| tbrown@huntonak.com | Charlotte, North Carolina 28202 |
| rrich@huntonak.com | Phone: 704-331-4900 |
| | Fax: 704-331-4955 |
| Ryan P. Phair (*admitted pro hac vice*) | Jim.Cooney@wbd-us.com |
| John S. Martin (*admitted pro hac vice*) | Sarah.Stone@wbd-us.com |
| Kevin Hahm (*admitted pro hac vice*) | |
| Carter C. Simpson (*admitted pro hac vice*) | Brent F. Powell |
| 2200 Pennsylvania Avenue, NW | N.C. State Bar No. 41938 |
| Washington, DC 20037 | One West Fourth Street |
| Telephone: (202) 955-1500 | Winston-Salem, North Carolina 27101 |
| rphair@huntonak.com | Phone: 336-721-3600 |
| martinj@huntonak.com | Fax: 336-721-3660 |
| khahm@huntonak.com | Brent.Powell@wbd-us.com |
| csimpson@huntonak.com | |

*Attorneys for Food Lion, LLC*

| TROUTMAN SANDERS LLP | BAKER & MILLER PLLC |
|---|---|
| */s/ Jason D. Evans*<br>Jason D. Evans, N.C. State Bar No. 27808<br>301 S. College Street, 34th Floor<br>Charlotte, NC 28202<br>Telephone: (704) 916-1502<br>jason.evans@troutman.com<br><br>James A. Lamberth (admitted *pro hac vice*)<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30308<br>(404) 885-3362<br>james.lamberth@troutman.com<br><br>*Attorneys for Maryland and Virginia Milk Producers Cooperative Association, Inc.* | W. Todd Miller*<br>Amber McDonald*<br>2401 Pennsylvania Avenue N.W.<br>Suite 300<br>Washington, D.C. 20037<br>Phone: 202-663-7820<br>Fax: 202-663-7849<br>TMiller@bakerandmiller.com<br>AMcDonald@bakerandmiller.com<br><br>Attorneys for<br>Dairy Farmers of America, Inc.<br><br>*Special Appearance Forthcoming* |