IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| FOOD LION, LLC, and MARYLAND AND VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION, INC., *Plaintiffs*, v. DAIRY FARMERS OF AMERICA, INC., *Defendant*. | 1:20-CV-442 |
|---|---|

**ORDER GRANTING EXTENSION OF TIME FOR FILING OF JOINT SUBMISSION ON DISCOVERY SCHEDULING**

By joint motion, the Parties seek a seven (7) day extension of time within which to file a Joint Submission addressing the Parties' positions on discovery. For good cause shown this Joint Motion is **GRANTED**.

NOW THEREFORE, **IT IS ORDERED** that the Parties shall have through and until June 29, 2020, within which to file a Joint Submission addressing the Parties' positions on discovery.

This 23rd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE