UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
1:20-CV-442

| | |
|---|---|
| FOOD LION, LLC, and MARYLAND AND VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAIRY FARMERS OF AMERICA, INC., <br><br> Defendants. | **NOTICE OF SPECIAL APPEARANCE OF AMBER L. MCDONALD** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Amber L. McDonald as counsel of record for Defendant Dairy Farmers of America, Inc., in the above-captioned civil action.

Ms. McDonald certifies that she is an active member in good standing of the bar of the District of Columbia.

Ms. McDonald further certifies that she understands that by entering an appearance she submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which she is specially appearing.

Ms. McDonald represents that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

1

Ms. McDonald has associated with James A. Cooney III and Brent F. Powell of the law firm of Womble Bond Dickinson (US) LLP. Both are members of the bar of this Court and also serve as counsel of record for Dairy Farmers of America, Inc.

Ms. McDonald has registered as a filing user with the Court's CM/ECF system under Local Rule 5.3(a)(1).

Respectfully submitted this 22nd day of June 2020.

/s/ Amber L. McDonald
Amber L. McDonald
BAKER & MILLER
2401 Pennsylvania Avenue N.W.
Suite 300
Washington, D.C. 20037
Phone: 202-663-7820
Fax: 202-663-7849
AMcDonald@bakerandmiller.com

/s/ James P. Cooney III
James P. Cooney III
N.C. State Bar No. 12140
WOMBLE BOND DICKINSON (US) LLP
Charlotte, NC
Phone: 704-331-4900
Fax: 704-331-4955
Jim.Cooney@wbd-us.com

/s/ Brent F. Powell
Brent F. Powell
N.C. State Bar No. 41938
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: 336-721-3600
Fax: 336-721-3660
Brent.Powell@wbd-us.com

*Attorneys for Defendant*