IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Food Lion, LLC, and Maryland and Virginia Milk Producers Cooperative Association, Inc., <br><br> *Plaintiffs*, <br><br> v. <br><br> Dairy Farmers of America, Inc., <br><br> *Defendant*. | Case No. 1:20-cv-00442 |

**JOINT SUBMISSION REGARDING AGREED-UPON SCHEDULING ORDER**

NOW COME the Parties in this matter, pursuant to the Court's Order of June 10, 2020 [ECF No. 28] providing for Expedited Discovery, as extended by the Court's Order of 23, 2020 [ECF No. 35], and provide the following Joint Submission on Discovery Scheduling.

The Parties have reached an agreement in principle that contemplates, at the Court's suggestion, a consolidation of the pending motion for preliminary injunction with a bench trial on the merits pursuant to Rule 65(a)(2) and a concomitant schedule to effectuate that procedure. This agreement is conditioned upon a separate stipulated order the parties have been negotiating that would preserve the status quo pending trial and the ability of DFA to continue to operate the Carolinas Plants in the regular course of business. The parties are currently finalizing this agreement and intend to submit both the agreed-upon schedule and the proposed stipulated order for the Court's consideration by no later than July 1, 2020.

As such, the Parties do not anticipate that they will have any disagreements requiring the Court's assistance to resolve.

Respectfully submitted this 29th day of June 2020.

| **HUNTON ANDREWS KURTH LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
|    /s/ Ryan G. Rich |    /s/ Brent F. Powell |
| A. Todd Brown, Sr. | James P. Cooney III |
| N.C. State Bar No. 13806 | N.C. State Bar No. 12140 |
| Ryan G. Rich | Sarah Motley Stone |
| N.C. State Bar No. 37015 | N.C. State Bar No. 34117 |
| 101 South Tryon Street, Suite 3500 | WOMBLE BOND DICKINSON (US) LLP |
| Charlotte, North Carolina 28280 | Charlotte, North Carolina 28202 |
| Telephone: (704) 378-4700 | Phone: 704-331-4900 |
| tbrown@huntonak.com | Fax: 704-331-4955 |
| rrich@huntonak.com | Jim.Cooney@wbd-us.com |
| | Sarah.Stone@wbd-us.com |
| Ryan P. Phair (*admitted pro hac vice*) | |
| John S. Martin (*admitted pro hac vice*) | Brent F. Powell |
| Kevin Hahm (*admitted pro hac vice*) | N.C. State Bar No. 41938 |
| Carter C. Simpson (*admitted pro hac vice*) | One West Fourth Street |
| 2200 Pennsylvania Avenue, NW | Winston-Salem, North Carolina 27101 |
| Washington, DC 20037 | Phone: 336-721-3600 |
| Telephone: (202) 955-1500 | Fax: 336-721-3660 |
| rphair@huntonak.com | Brent.Powell@wbd-us.com |
| martinj@huntonak.com | |
| khahm@huntonak.com | |
| csimpson@huntonak.com | |

*Attorneys for Food Lion, LLC*

**TROUTMAN SANDERS LLP**

   /s/ Jason D. Evans
Jason D. Evans, N.C. State Bar No. 27808
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1502
jason.evans@troutman.com

James A. Lamberth (admitted *pro hac vice*)
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
(404) 885-3362
james.lamberth@troutman.com

*Attorneys for Maryland and Virginia Milk Producers Cooperative Association, Inc.*

**BAKER & MILLER PLLC**

W. Todd Miller*
Amber McDonald*
2401 Pennsylvania Avenue N.W.
Suite 300
Washington, D.C. 20037
Phone: 202-663-7820
Fax: 202-663-7849
TMiller@bakerandmiller.com
AMcDonald@bakerandmiller.com

Attorneys for
Dairy Farmers of America, Inc.

*By Special Appearance*

3