## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FOOD LION, LLC and MARYLAND
AND VIRGINIA MILK PRODUCERS
COOPERATIVE ASSOCIATION, INC.

           Plaintiffs,

   **v.**

DAIRY FARMERS OF AMERICA, INC.,

           Defendant.

1:20-CV-00442

## **STIPULATED DISCOVERY AND BRIEFING SCHEDULE/ORDER**

The parties submit the following Discovery and Briefing Schedule which shall be effective unless and until the Court grants Defendant's pending Motion to Dismiss:

1.    The parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before July 10, 2020;

2.    The parties shall meet as soon as practicable for purposes of submitting a Rule 26(f) report to the Court.

3.    Defendant's Answer to Plaintiffs' Complaint and any motions to amend the Complaint shall be filed on or before 21 days after denial of Defendant's Motion to Dismiss.

4.    Defendant shall respond to Plaintiffs' document requests served on June 17, 2020, and begin producing documents by no later than July 17, 2020.

5.    The parties agree that the production of structured data by all parties shall be

completed on or before August 15, 2020. In advance thereof, the parties shall meet and confer regarding the scope of any structured data production as soon as practicable.

6. The parties shall serve all initial requests for production by no later than July 10, 2020, and any additional requests for production must be served on or before August 31, 2020.  All documents shall be produced as soon as reasonably practicable, but by no later than October 2, 2020.

7. The parties shall serve all interrogatories, on or before August 31, 2020.  All responses to interrogatories shall be provided by no later than October 2, 2020.

8. The parties shall serve all requests for admission on or before January 29, 2021. All responses to requests for admission shall be served pursuant to the Rules of Civil Procedure and, in no event, no later than February 26, 2021.

9. Depositions of all non-expert witnesses and fact discovery shall be completed by October 30, 2020, unless otherwise agreed to by the parties (other than as set forth in paragraph 8).

10. The parties shall meet and confer to establish a pretrial schedule by no later than November 2, 2020 and, if there are disagreements, make a joint submission to the court by November 9, 2020, for resolution.  The parties shall appear for a status conference thereafter to discuss the pretrial schedule at the Court's convenience.

11. Plaintiffs shall submit expert witness reports on or before November 13, 2020.

12. Defendants shall submit expert witness reports on or before January 8, 2021 and

depositions of plaintiffs' experts shall be conducted within this same time period.

13.    Plaintiffs shall submit rebuttal expert reports on or before February 8, 2021, and depositions of defendants' experts shall be completed within this same time period.

14.    Defendants shall conduct any additional depositions of plaintiffs' experts who file rebuttal reports within 10 days of the filing of any such rebuttal report.  Any deposition of a rebuttal expert shall be strictly limited to the scope of any new opinions in the rebuttal report.

15.    All *Daubert* and summary judgment motions shall be filed on or before February 22, 2021.  Oppositions to any such motions are due 30 days after service of the motion and replies are due 14 days after service of the opposition.

16.    This case shall be ready for trial by April 21, 2021, with all pretrial disclosures and exchanges completed and motions *in limine* fully briefed by that date.

| | |
|---|---|
| **HUNTON ANDREWS KURTH LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
| | |
| */s/ Ryan G. Rich* | */s/ Brent F. Powell* |
| A. Todd Brown, Sr. | James P. Cooney III |
| N.C. State Bar No. 13806 | N.C. State Bar No. 12140 |
| Ryan G. Rich | Sarah Motley Stone |
| N.C. State Bar No. 37015 | N.C. State Bar No. 34117 |
| 101 South Tryon Street, Suite 3500 | WOMBLE BOND DICKINSON |
| Charlotte, North Carolina 28280 | (US) LLP |
| Telephone: (704) 378-4700 | Charlotte, North Carolina 28202 |
| tbrown@huntonak.com | Phone: 704-331-4900 |
| rrich@huntonak.com | Fax: 704-331-4955 |
| | Jim.Cooney@wbd-us.com |
| Ryan P. Phair (*admitted pro hac vice*) | Sarah.Stone@wbd-us.com |
| John S. Martin (*admitted pro hac vice*) | |

Kevin Hahm (*admitted pro hac vice*)
Carter C. Simpson (*admitted pro hac vice*)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
rphair@huntonak.com
martinj@huntonak.com
khahm@huntonak.com
csimpson@huntonak.com

*Attorneys for Food Lion, LLC*

**TROUTMAN SANDERS LLP**

   */s/ Jason D. Evans*
Jason D. Evans, N.C. State Bar No. 27808
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1502
jason.evans@troutman.com

James A. Lamberth (admitted *pro hac vice*)
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
(404) 885-3362
james.lamberth@troutman.com

*Attorneys for Maryland and Virginia Milk Producers Cooperative Association, Inc.*

Brent F. Powell
N.C. State Bar No. 41938
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: 336-721-3600
Fax: 336-721-3660
Brent.Powell@wbd-us.com

**BAKER & MILLER PLLC**

W. Todd Miller*
Amber McDonald*
2401 Pennsylvania Avenue N.W.
Suite 300
Washington, D.C. 20037
Phone: 202-663-7820
Fax: 202-663-7849
TMiller@bakerandmiller.com
AMcDonald@bakerandmiller.com

Attorneys for
Dairy Farmers of America, Inc.

*By Special Appearance*

**APPROVED and SO ORDERED:**

Hon. Catherine C. Eagles