FOOD LION, LLC, and MARYLAND
AND VIRGINIA MILK PRODUCERS
COOPERATIVE ASSOCIATION, INC.,

    Plaintiffs,

v.

DAIRY FARMERS OF AMERICA, INC.,

    Defendant.

**NOTICE OF SPECIAL**
**APPEARANCE**

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Michael G. Egge of the law firm of Latham & Watkins LLP as counsel of record for Dairy Farmers of America, Inc. ("Defendant") in the above-captioned civil action.

Mr. Egge certifies that he is an active member in good standing of the bars of the State of Virginia and the District of Columbia.

Mr. Egge further certifies that he understands that by entering an appearance he submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which he is specially appearing.

Mr. Egge represents that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

Mr. Egge has associated with Brent F. Powell, who is a member of the bar of this Court and also serves as counsel of record for Defendant.

Mr. Egge has registered as a filing user with the Court's CM/ECF system under Local Rule 5.3(a)(1).

Respectfully submitted this the 9th day of July, 2020.

/s/ Michael G. Egge
Michael G. Egge
Latham & Watkins LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Tel: 202-637-2285
Email: Michael.Egge@lw.com

/s/ Brent F. Powell
Brent F. Powell (N.C. Bar No. 41938)
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston Salem, NC 27101
Tel: 336-728-7023
Email: Brent.Powell@wbd-us.com

*Attorneys for Defendant*

2