IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Food Lion, LLC, and Maryland and Virginia Milk Producers Cooperative Association, Inc.<br><br>*Plaintiffs*,<br><br>v.<br><br>Dairy Farmers of America, Inc.,<br><br>*Defendant*. | Case No. 1:20-cv-00442 |

## BRIEF IN SUPPORT OF JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER AND RULE 502(d) ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Rule 502(d) of the Federal Rules of Evidence and Local Rules 7.3 and 26.2, Plaintiffs Food Lion, LLC and Maryland and Virginia Milk Producers Cooperative Association, Inc. (collectively "Plaintiffs") and Defendant Dairy Farmers of America, Inc. ("DFA"), submit this brief in support of their motion for entry of a Protective Order and a Rule 502(d) Order concerning procedures for the filing of documents under seal.

1. This action relates to alleged violations of the Clayton Act and Sherman Act and a request for injunctive relief. ECF No. 1.

2. On June 10, 2020, the Court granted Plaintiffs' motion for expedited discovery in part. ECF No. 28. On July 2, 2020, the Courted entered a Stipulated Discovery and Briefing Schedule Order, with an expedited schedule resulting in a trial on the merits under Rule 65(a)(2). ECF No. 40. On July 24, 2020, the Court denied DFA's

motion to dismiss. ECF No. 44. Since then, the parties have exchanged discovery requests , began producing documents, and conducted multiple discovery conferences.

3. The parties anticipate that discovery in this matter will involve productions of documents and information that will include confidential, proprietary or private information. In accordance with Federal Rule 26(f), the parties have discussed these issues and determined that a protective order would be appropriate. In the stipulated Protective Order and the Rule 502(d) Order, the parties agreed to include provisions under Rule 502(d) of the Federal Rules of Evidence governing the protection of confidential, privileged, or otherwise protected material.

4. The parties agree the stipulated Protective Order and Rule 502(d) Order will promote efficiency in the exchange of information and documents and protect against harm that would result from unauthorized disclosure. As a result, good cause exists for their entry. The parties therefore request that the Court grant their motion, and enter the proposed stipulated Protective Order and Rule 502(d) Order attached as Exhibit A and Exhibit B to the Joint Motion.

Respectfully submitted this 26th day of August 2020.

| HUNTON ANDREWS KURTH LLP | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| /s/ Ryan G. Rich | /s/ Brent F. Powell |

**HUNTON ANDREWS KURTH LLP**

 /s/ Ryan G. Rich
A. Todd Brown, Sr.
N.C. State Bar No. 13806
Ryan G. Rich
N.C. State Bar No. 37015
Bank of America Plaza, Suite 3500
101 South Tryon Street
Charlotte, North Carolina 28280
Telephone: (704) 378-4700
tbrown@huntonak.com
rrich@huntonak.com

Ryan P. Phair*
John S. Martin*
Kevin Hahm*
Carter C. Simpson*
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
rphair@huntonak.com
martinj@huntonak.com
khahm@huntonak.com
csimpson@huntonak.com

Attorneys for Food Lion, LLC
* *Admitted Pro Hac Vice*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

 /s/ Jason D. Evans
Jason D. Evans
N.C. State Bar No. 27808
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1502
jason.evans@troutman.com

**WOMBLE BOND DICKINSON (US) LLP**

 /s/ Brent F. Powell
James P. Cooney III
N.C. State Bar No. 12140
Sarah Motley Stone
N.C. State Bar No. 34117
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202
Phone: 704-331-4900
Fax: 704-331-4955
Jim.Cooney@wbd-us.com
Sarah.Stone@wbd-us.com

Brent F. Powell
N.C. State Bar No. 41938
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: 336-721-3600
Fax: 336-721-3660
Brent.Powell@wbd-us.com

**BAKER & MILLER PLLC**

W. Todd Miller*
Amber McDonald*
2401 Pennsylvania Avenue N.W.
Suite 300
Washington, D.C. 20037
Phone: 202-663-7820
Fax: 202-663-7849
TMiller@bakerandmiller.com
AMcDonald@bakerandmiller.com

James A. Lamberth*
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
(404) 885-3362
james.lamberth@troutman.com

Attorneys for Maryland and Virginia Milk
Producers Cooperative Association, Inc.
* *Admitted Pro Hac Vice*

**LATHAM & WATKINS LLP**

Michael G. Egge*
555 Eleventh Street, NW
Washington, DC 20004
Michael.Egge@lw.com

Attorneys for
Dairy Farmers of America, Inc.
* *Admitted Pro Hac Vice*

- 4 -

Case 1:20-cv-00442-CCE-JLW   Document 49   Filed 08/26/20   Page 4 of 6

## CERTIFICATE OF WORD COUNT

I hereby certify that the foregoing brief complies with the word count limitations set forth in Local Rule 7.3.

August 26, 2020

                                    /s/     Ryan G. Rich
                                          Ryan G. Rich

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the users registered on the CM/ECF system.

     August 26, 2020

                                    /s/     Ryan G. Rich
                                        Ryan G. Rich