IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FOOD LION, LLC, et al
    *Plaintiffs*,

v.

DAIRY FARMERS OF AMERICA, INC.,
    *Defendant*.

1:20-CV-442

### ORDER

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs Food Lion, LLC, and Maryland and Virginia Milk Producers Cooperative Association, Inc.'s Consent Motion for an Extension of Time to Respond to Dairy Farmers of America, Inc.'s Motion for Protective Order as to Plaintiffs' Second Requests for Production of Documents [ECF No. 52] filed on September 15, 2020. Having carefully considered the motion, the record, and applicable authority, and noting Defendant's consent, the undersigned will grant the motion.

**IT IS THEREFORE, ORDERED** that Plaintiffs' Consent Motion for an Extension of Time to Respond to Dairy Farmers of America, Inc.'s Motion for Protective Order as to Plaintiffs' Second Requests for Production of Documents is **GRANTED**. Plaintiffs shall file a Response to Defendant's Motion for Protective Order as to Plaintiffs' Second Requests for Production of Documents on or before September 17, 2020.

This the 16th day of September, 2020.

                                                   UNITED STATES DISTRICT JUDGE