UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
1:20-CV-442

| | |
|---|---|
| FOOD LION, LLC, and MARYLAND AND VIRGINIA MILK PRODUCERS COOPERATIVE ASSOCIATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC.,<br><br>Defendants. | **NOTICE OF SPECIAL APPEARANCE OF ERIN GLAVICH** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Erin Glavich as counsel of record for Defendant Dairy Farmers of America, Inc., in the above-captioned civil action.

Ms. Glavich certifies that she is an active member in good standing of the bars of the District of Columbia, New York, and New Jersey.

Ms. Glavich further certifies that she understands that by entering an appearance she submits to the disciplinary jurisdiction of the court for any misconduct in connection with the above-captioned civil action for which she is specially appearing.

Ms. Glavich represents that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

1

Ms. Glavich has associated with James A. Cooney III and Brent F. Powell of the law firm of Womble Bond Dickinson (US) LLP. Both are members of the bar of this Court and also serve as counsel of record for Dairy Farmers of America, Inc.

Ms. Glavich has registered as a filing user with the Court's CM/ECF system under Local Rule 5.3(a)(1).

Respectfully submitted this 25th day of September 2020.

/s/ Erin Glavich
Erin Glavich
BAKER & MILLER
2401 Pennsylvania Avenue N.W.
Suite 300
Washington, D.C. 20037
Phone: 202-663-7820
Fax: 202-663-7849
eglavich @bakerandmiller.com

/s/ James P. Cooney III
James P. Cooney III
N.C. State Bar No. 12140
WOMBLE BOND DICKINSON (US) LLP
Charlotte, NC
Phone: 704-331-4900
Fax: 704-331-4955
Jim.Cooney@wbd-us.com

/s/ Brent F. Powell
Brent F. Powell
N.C. State Bar No. 41938
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: 336-721-3600
Fax: 336-721-3660
Brent.Powell@wbd-us.com

*Attorneys for Defendant*

2