# EXHIBIT 1

| | **Current Schedule** | **Proposed Modified Schedule** |
|---|---:|---:|
| Last day to produce documents | October 2, 2020 | November 17, 2020 |
| Depositions of all non-expert witnesses and fact discovery shall be completed | October 30, 2020 | February 12, 2021 |
| Meet and confer regarding pretrial schedule | November 2, 2020 | February 19, 2021 |
| Joint submission regarding pretrial schedule | November 9, 2020 | February 24, 2021 |
| Plaintiffs shall submit expert witness reports | November 13, 2020 | February 26, 2021 |
| Defendant shall submit expert witness reports | January 8, 2021 | April 23, 2021 |
| Last day to serve Requests for Admission | January 29, 2021 | April 16, 2021 |
| Plaintiffs shall submit rebuttal expert reports (10 days any additional deps) | February 8, 2021 | May 21, 2021 |
| All Daubert and SJ motions to be filed | February 22, 2021 | June 4, 2021 |
| Last day to respond to Requests for Admission | February 29, 2021 | May 17, 2021 |
| Daubert and SJ Oppositions | March 21, 2021 | July 6, 2021 |
| Replies to Daubert and SJ | April 3, 2021 | July 20, 2021 |
| Case ready for trial | April 21, 2021 | August 2, 2021 |

110255177