# EXHIBIT H

**Emails Between the Parties
Regarding Document Custodians and Search Terms
August, 2020**

| From: | AMcDonald@bakerandmiller.com |
|---|---|
| To: | Bakowski, Alan W. |
| Cc: | Simpson, Carter C.; Cooney III, James P.; Powell, Brent; Sarah.Stone@wbd-us.com; TMiller@bakerandmiller.com; ECastillo@bakerandmiller.com; michael.egge@lw.com; Phair, Ryan P.; Martin, Jack; Hahm, Kevin; Oeltjenbruns, Kelly; Rich, Ryan G.; Lamberth, James A.; eglavich@bakerandmiller.com |
| Subject: | RE: Food Lion v. DFA - document custodians |
| Date: | Friday, August 28, 2020 6:40:52 PM |
| Attachments: | DFA Search Terms 8.28.20.xlsx |

Alan and Carter,

Attached please find a list of proposed search terms for identifying documents that may be responsive to Plaintiffs' First Set of Requests for Production to DFA, subject to DFA's Responses and Objections. The proposed search terms do not constitute an admission as to the relevance or admissibility of documents containing the proposed terms or of the matters raised in Plaintiffs' First Set of Requests. DFA reserves the right to amend or modify all proposed search terms.

Thank you,

Amber

Amber L. McDonald
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037

Direct: 202.663.7828
Fax: 202.663.7849

amcdonald@bakerandmiller.com


-----"Bakowski, Alan W." <alan.bakowski@troutman.com> wrote: -----
> To: "Simpson, Carter C." <csimpson@hunton.com>, "AMcDonald@bakerandmiller.com" <AMcDonald@bakerandmiller.com>
> From: "Bakowski, Alan W." <alan.bakowski@troutman.com>
> Date: 08/28/2020 12:59PM
> Cc: "Cooney III, James P." <Jim.Cooney@wbd-us.com>, "Powell, Brent" <Brent.Powell@wbd-us.com>, "Sarah.Stone@wbd-us.com" <Sarah.Stone@wbd-us.com>, "TMiller@bakerandmiller.com" <TMiller@bakerandmiller.com>, "ECastillo@bakerandmiller.com" <ECastillo@bakerandmiller.com>, "michael.egge@lw.com" <michael.egge@lw.com>, "Phair, Ryan P." <rphair@hunton.com>, "Martin, Jack" <martinj@hunton.com>, "Hahm, Kevin" <KHahm@hunton.com>, "Oeltjenbruns, Kelly" <KOeltjenbruns@hunton.com>, "Rich, Ryan G." <rrich@hunton.com>, "Lamberth, James A." <james.lamberth@troutman.com>, "eglavich@bakerandmiller.com" <eglavich@bakerandmiller.com>
> Subject: RE: Food Lion v. DFA - document custodians


> Amber—


> Attached is a list of proposed search terms for identifying documents among MDVA's custodians that may be responsive to DFA's first requests for production to MDVA. We reserve the right to amend or modify these proposed terms as we negotiate the scope of

MDVA's search and relevant custodians.

Thanks,

Alan

**Alan W. Bakowski**
**Partner**
**troutman pepper**
Direct: 404.885.2578 | Mobile: 678.644.1252
alan.bakowski@troutman.com

---

**From:** Simpson, Carter C. <csimpson@hunton.com>
**Sent:** Friday, August 28, 2020 12:52 PM
**To:** AMcDonald@bakerandmiller.com
**Cc:** Bakowski, Alan W. <alan.bakowski@troutman.com>; Cooney III, James P. <Jim.Cooney@wbd-us.com>; Powell, Brent <Brent.Powell@wbd-us.com>; Sarah.Stone@wbd-us.com; TMiller@bakerandmiller.com; ECastillo@bakerandmiller.com; michael.egge@lw.com; Phair, Ryan P. <rphair@hunton.com>; Martin, Jack <martinj@hunton.com>; Hahm, Kevin <KHahm@hunton.com>; Oeltjenbruns, Kelly <KOeltjenbruns@hunton.com>; Rich, Ryan G. <rrich@hunton.com>; Lamberth, James A. <james.lamberth@troutman.com>; eglavich@bakerandmiller.com
**Subject:** RE: Food Lion v. DFA - document custodians

**EXTERNAL SENDER**

Amber,

Attached please find Food Lion's search term proposals for DFA's First Set of RFPs, subject to Plaintiffs' objections thereto and reserving all rights. These proposals are made without prejudice to Food Lion's right to later modify or amend their proposals, and nothing in these proposals or the eventual agreed-upon terms constitutes an admission or acquiescence as to the relevance or admissibility of matters raised in DFA's First Set of RFPs.

Best,

Carter C. Simpson

Hunton Andrews Kurth LLP

w. 202-955-1850

c. 843-618-7917

---

**From:** Simpson, Carter C.
**Sent:** Tuesday, August 25, 2020 5:41 PM
**To:** 'AMcDonald@bakerandmiller.com' <AMcDonald@bakerandmiller.com>
**Cc:** Bakowski, Alan W. <alan.bakowski@troutman.com>; Cooney III, James P. <Jim.Cooney@wbd-us.com>; Powell, Brent <Brent.Powell@wbd-us.com>; Sarah.Stone@wbd-us.com; TMiller@bakerandmiller.com; ECastillo@bakerandmiller.com; michael.egge@lw.com; Phair, Ryan P. <rphair@hunton.com>; Martin, Jack <martinj@hunton.com>; Hahm, Kevin <KHahm@hunton.com>; Oeltjenbruns, Kelly <KOeltjenbruns@hunton.com>; Rich, Ryan G. <rrich@hunton.com>; Lamberth, James A. <james.lamberth@troutman.com>; eglavich@bakerandmiller.com
**Subject:** RE: Food Lion v. DFA - document custodians

Amber,

Yes, we will be prepared to discuss those custodian topics on Thursday.

As we have explained on several of our calls, we are pulling our custodians' records, but we will be running the search terms through the client's internal processes and therefore cannot begin our "review of the custodians" until we have search terms. We have pulled and are reviewing certain non-custodial sources that we believe may contain documents responsive to Plaintiffs' First Set of Requests, but we cannot begin our custodian review without search terms.

We therefore share your desire to begin search term negotiations. However, given that DFA will imminently be responding to Plaintiffs' Second Set of Requests and the fact that Brent and I already held a productive three-hour meet and confer on those requests, it is Plaintiffs' position that the first round of search terms can encompass both our First and Second RFPs. We are working on such proposed terms and can be in a position to exchange them by Thursday.

With regard to an exchange of organizational charts, I do not believe that we have received an RFP or interrogatory requesting this information. I inquired today with the client as to whether it maintains any such charts (or their functional equivalent), but I do not expect to receive them with one day's notice. I can update you on tomorrow's call whether we have learned anything.

Best,

Carter C. Simpson

Hunton Andrews Kurth LLP

w. 202-955-1850

c. 843-618-7917

**From:** AMcDonald@bakerandmiller.com <AMcDonald@bakerandmiller.com>
**Sent:** Tuesday, August 25, 2020 11:46 AM
**To:** Simpson, Carter C. <csimpson@hunton.com>
**Cc:** Bakowski, Alan W. <alan.bakowski@troutman.com>; Cooney III, James P. <Jim.Cooney@wbd-us.com>; Powell, Brent <Brent.Powell@wbd-us.com>; Sarah.Stone@wbd-us.com; TMiller@bakerandmiller.com; ECastillo@bakerandmiller.com; michael.egge@lw.com; Phair, Ryan P. <rphair@hunton.com>; Martin, Jack <martinj@hunton.com>; Hahm, Kevin <KHahm@hunton.com>; Oeltjenbruns, Kelly <KOeltjenbruns@hunton.com>; Rich, Ryan G. <rrich@hunton.com>; Lamberth, James A. <james.lamberth@troutman.com>; eglavich@bakerandmiller.com
**Subject:** RE: Food Lion v. DFA - document custodians

Carter,

We are amenable to speaking at 10 am Thursday. However, we remind Plaintiffs that, in the interim, you have an obligation to begin your review of the custodians that you have already identified, just as DFA has already begun review of its identified custodians. Further to that, we propose to exchange search terms tomorrow for the parties' First Set of RFPs. Please let me know if you are prepared to exchange search terms at that time.

Also in advance of Thursday, we propose to exchange organization charts. While DFA does not have organization charts, it can provide a functional equivalent. Are Plaintiffs amenable to an exchange?

Finally, on Thursday, we would expect to hear from Food Lion as to why its custodian list

is shorter than its initial disclosures.  And we anticipate that we will be able to provide more information on legacy Dean custodians at that time.

Thank you,

Amber

Amber L. McDonald
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037

Direct: 202.663.7828
Fax: 202.663.7849

amcdonald@bakerandmiller.com


-----"Simpson, Carter C." <csimpson@hunton.com> wrote: -----

To: "AMcDonald@bakerandmiller.com" <AMcDonald@bakerandmiller.com>
From: "Simpson, Carter C." <csimpson@hunton.com>
Date: 08/25/2020 10:06AM
Cc: "Bakowski, Alan W." <alan.bakowski@troutman.com>, "Cooney III, James P." <Jim.Cooney@wbd-us.com>, "Powell, Brent" <Brent.Powell@wbd-us.com>, "Sarah.Stone@wbd-us.com" <Sarah.Stone@wbd-us.com>, "TMiller@bakerandmiller.com" <TMiller@bakerandmiller.com>, "ECastillo@bakerandmiller.com" <ECastillo@bakerandmiller.com>, "michael.egge@lw.com" <michael.egge@lw.com>, "Phair, Ryan P." <rphair@hunton.com>, "Martin, Jack" <martinj@hunton.com>, "Hahm, Kevin" <KHahm@hunton.com>, "Oeltjenbruns, Kelly" <KOeltjenbruns@hunton.com>, "Rich, Ryan G." <rrich@hunton.com>, "Lamberth, James A." <james.lamberth@troutman.com>, "eglavich@bakerandmiller.com" <eglavich@bakerandmiller.com>
Subject: RE: Food Lion v. DFA - document custodians

Thank you, Amber.  We need time investigate these individuals, can we schedule a call to discussion at 10 a.m. on Thursday morning?


We do not see any legacy Dean individuals on this list – please let us know DFA plans to make a separate disclosure of the legacy Dean custodians whose files it proposes to search for responsive materials.


Best,

Carter C. Simpson

Hunton Andrews Kurth LLP

w. 202-955-1850

c. 843-618-7917

**From:** AMcDonald@bakerandmiller.com <AMcDonald@bakerandmiller.com>
**Sent:** Monday, August 24, 2020 4:53 PM
**To:** Simpson, Carter C. <csimpson@hunton.com>
**Cc:** Bakowski, Alan W. <alan.bakowski@troutman.com>; Cooney III, James P. <Jim.Cooney@wbd-us.com>; Powell, Brent <Brent.Powell@wbd-us.com>; Sarah.Stone@wbd-us.com; TMiller@bakerandmiller.com; ECastillo@bakerandmiller.com; michael.egge@lw.com; Phair, Ryan P. <rphair@hunton.com>; Martin, Jack <martinj@hunton.com>; Hahm, Kevin <KHahm@hunton.com>; Oeltjenbruns, Kelly <KOeltjenbruns@hunton.com>; Rich, Ryan G. <rrich@hunton.com>; Lamberth, James A. <james.lamberth@troutman.com>; eglavich@bakerandmiller.com
**Subject:** RE: Food Lion v. DFA - document custodians

Counsel,

Based on DFA's present knowledge and understanding, below please find the individuals who DFA believes are reasonably likely to have non-duplicative documents responsive to those Requests within Plaintiffs' First Set of Requests for Production that are appropriate for custodial review:

- Jon Bebermeyer, Southeast Area Chief Operating Officer
- Alan Bernon, President and Chief Executive Officer, DFA Dairy Brands
- 
- Deana King, Assistant to Rick Smith
- Randy Mooney, DFA Chairman of the Board
- Krista Piper, Assistant to Greg Wickham
- Rick Smith, President and Chief Executive Officer
- Greg Wickham, Chief Financial Officer

We propose to have a call to discuss the parties' custodians tomorrow at 2pm Eastern. Please let me know if you are available to speak at that time.

Thank you,

Amber

Amber L. McDonald
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037

Direct: 202.663.7828
Fax: 202.663.7849

amcdonald@bakerandmiller.com


-----"Simpson, Carter C." <csimpson@hunton.com> wrote: -----

To: "Bakowski, Alan W." <alan.bakowski@troutman.com>, "Cooney III, James P." <Jim.Cooney@wbd-us.com>, "Powell, Brent" <Brent.Powell@wbd-us.com>, "Sarah.Stone@wbd-us.com" <Sarah.Stone@wbd-us.com>, "TMiller@bakerandmiller.com" <TMiller@bakerandmiller.com>, "AMcDonald@bakerandmiller.com" <AMcDonald@bakerandmiller.com>, "ECastillo@bakerandmiller.com" <ECastillo@bakerandmiller.com>, "michael.egge@lw.com" <michael.egge@lw.com>, "Phair, Ryan P." <rphair@hunton.com>, "Martin, Jack" <martinj@hunton.com>, "Hahm, Kevin" <KHahm@hunton.com>, "Oeltjenbruns, Kelly" <KOeltjenbruns@hunton.com>, "Rich, Ryan G." <rrich@hunton.com>
From: "Simpson, Carter C." <csimpson@hunton.com>
Date: 08/21/2020 05:37PM
Cc: "Lamberth, James A." <james.lamberth@troutman.com>
Subject: RE: Food Lion v. DFA - document custodians

Thanks for this, Alan. Below please find the Food Lion/Retail Business Services employees who Food Lion believes are the appropriate custodians to search for documents responsive to DFA's requests for production:


Mark Latva, VP of Category Management, Center Store

Michele Radecki, Director, Private Brands Sourcing, Center Store

Kathryn Brown, Sourcing Manager II

Brooks Newkirk, Manager III - Merchanding

David Miracco, Category Manager, Dairy


Best,


Carter C. Simpson

Hunton Andrews Kurth LLP

w. 202-955-1850

c. 843-618-7917

**From:** Bakowski, Alan W. <alan.bakowski@troutman.com>
**Sent:** Friday, August 21, 2020 5:17 PM
**To:** Cooney III, James P. <Jim.Cooney@wbd-us.com>; Powell, Brent <Brent.Powell@wbd-us.com>; Sarah.Stone@wbd-us.com; TMiller@bakerandmiller.com; AMcDonald@bakerandmiller.com; ECastillo@bakerandmiller.com; michael.egge@lw.com; Phair, Ryan P. <rphair@hunton.com>; Martin, Jack <martinj@hunton.com>; Simpson, Carter C. <csimpson@hunton.com>; Hahm, Kevin <KHahm@hunton.com>; Oeltjenbruns, Kelly <KOeltjenbruns@hunton.com>; Rich, Ryan G. <rrich@hunton.com>
**Cc:** Lamberth, James A. <james.lamberth@troutman.com>
**Subject:** Food Lion v. DFA - document custodians

Dear counsel—

Following up on our discussions earlier this week, below are the custodians whose documents MDVA intends to search to identify documents responsive to certain of DFA's requests for production (i.e., those requests that will not be addressed through productions from non-custodial sources):

- Jay Bryant, Chief Executive Officer
- Jon Cowell, Chief Financial Officer
- Mike John, Chief Operating Officer, Milk Marketing
- Brian Linney, Chief Operating Officer
- Mike Asbury, Director, Milk Accounting and Economic Analysis
- Mike Lowes, Director, Financial Strategy

Thanks,

Alan

**Alan W. Bakowski**
**Partner**
Direct: 404.885.2578 | Mobile: 678.644.1252
alan.bakowski@troutman.com

───────────────

**troutman pepper**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

───────────────

**A HIGHER COMMITMENT TO CLIENT CARE**

Troutman Sanders and Pepper Hamilton have combined to become Troutman Pepper (Troutman Pepper Hamilton Sanders LLP). Troutman Pepper offers expanded capabilities and practice strengths while continuing to deliver powerful solutions to clients' legal and business issues with a higher commitment to client care.

> This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

[attachment "MDVA Search Terms.xlsx" removed by Amber McDonald/bakermiller]

| Request No. 1 | |
|---|---|
| **Custodians** | **Search Terms** |
| DOJ Production | (N* w/1 Carolina) |
| | (S* w/1 Carolina) |
| | NC |
| | SC |
| | Carolinas |
| | "Food Lion" |
| | "Maryland and Virginia" |
| | "MD/VA" |
| | "Md-Va" |
| | MDVA |
| | "Md&Va" |
| | "Order 5" |
| | "FMMO 5" |
| | "FO 5" |
| | "Winston-Salem" |
| | "Winston Salem" |
| | "High Point" |
| | Spartanburg |
| | Kroge* |
| | Hunter |
| | Ingles |
| | Milkco |
| | "milk co" |
| | Asheville |
| | Borden |
| | Charleston |
| | Salisbury |
| | Dunn |
| | Cobblestone |
| | Piedmont |
| | LANCO |
| | SMI |
| | "Southeast Milk" |
| | "Lone Star" |
| | Lonestar |
| | Appalachia* |
| | "Jay Bryant" |
| | "Mike John" |
| | MarvaMaid |
| | "Marva Maid" |
| | Publix |
| | "Whole Foods" |
| | WF |
| | "Bilo" |

|  | |
|--|--|
| | "Bi-lo" |
| | "Bi/lo" |
| | TraderJo* |
| | (Trader w/1 Jo*) |
| | Aldi |
| | Lidl |
| | Cricket |
| | Loew* |
| | Lowe* |
| | King* |
| | Kroger |
| | (Harris w/1 teeter*) |
| | Walmart |
| | "Wal-mart" |
| | "Fresh Market" |
| | Target |
| | "Piggly Wiggly" |
| | Piglet |
| | Costco |
| | "A & P" |
| | "A and P" |
| | "A&P" |
| | AandP |
| | "Austin Foods" |
| | "BI-Rite" |
| | "BI Rite" |
| | "Big Apple" |
| | BJ* |
| | Bruce* |
| | "Cal-Maine" |
| | "Cal Maine" |
| | Carrol* |
| | Carol* |
| | "City Market" |
| | (Eastern w/1 Food*) |
| | (Family w/1 Food*) |
| | (Farmer* w/1 Food*) |
| | FastTrack |
| | "Fast Track" |
| | FoodCity |
| | "Food City" |
| | FoodLion |
| | Foodmax |
| | Guadalajara |
| | (Harvest w/1 Food*) |
| | (Holiday w/1 Food*) |

|  |  |
|---|---|
|  | (Hometown w/1 Food*) |
|  | (Horizon w/1 Food*) |
|  | Kmart |
|  | "K-mart" |
|  | "Leisure Time" |
|  | Luihn |
|  | Luhin |
|  | "Market Basket" |
|  | Mojave |
|  | Pierre |
|  | "Run In" |
|  | "Run-In" |
|  | Safeway |
|  | (Sam* w/1 Club*) |
|  | "Save A Lot" |
|  | "Save-A-Lot" |
|  | Schreiber* |
|  | Schrieber* |
|  | Schwan* |
|  | (Shop w/2 Save) |
|  | ShopNSave |
|  | "Shop-N-Save" |
|  | (Smith* w/1 Food*) |
|  | "Stop & Shop" |
|  | "Stop and Shop" |
|  | "Stop-N-Shop" |
|  | Superior |
|  | Von* |
|  | "Lone Star" OR "Lonestar" |
|  | "National Milk" |
|  | NMPF |
|  | DCMA |
|  | SMA |
|  | "Southern Marketing" |
|  | CMPA |
|  | "Land O'Lakes" |
|  | LOL |
|  | Agrimark |
|  | "Agri-mark" |
|  | (Dean OR Dragon OR Dove) |
|  | "Project Creamery" |

| Req No. 3 | |
|---|---|
| **Custodians** | **Search Terms** |
| Krista Piper | acqui* AND (antitrust OR compet*) |
| Alan Bernon | Appalachia* AND (antitrust OR comept*) |
| Greg Wickham | Asheville AND (antitrust OR compet*) |
| Rick Smith | asset* AND (antitrust OR compet*) |
| Deana King | Borden AND (antitrust OR compet*) |
| Randy Mooney | Broadacre AND (antitrust OR compet*) |
| | buy AND (antitrust OR compet*) |
| | Carolinas AND (antitrust OR compet*) |
| | Charleston AND (antitrust OR compet*) |
| | Creamery* AND (antitrust OR compet*) |
| | "Dairy Fresh" AND (antitrust OR compet*) |
| | Dacula AND (antitrust OR compet*) |
| | Dean* AND (antitrust OR compet*) |
| | Dove* AND (antitrust OR compet*) |
| | Dragon* AND (antitrust OR compet*) |
| | ("F.M.M.O. 5") AND (antitrust OR compet*) |
| | ("F.O. 5") AND (antitrust OR compet*) |
| | ("Federal Order 5") AND (antitrust OR compet*) |
| | ("FMMO 5") AND (antitrust OR compet*) |
| | ("FO 5") AND (antitrust OR compet*) |
| | G.A. AND (antitrust OR compet*) |
| | GA AND (antitrust OR compet*) |
| | Georgia AND (antitrust OR compet*) |
| | "High Point" AND (antitrust OR compet*) |
| | "High Point" AND (antitrust OR compet*) |
| | "Homestead Creamery" AND (antitrust OR compet*) |
| | "HP Hood"  AND (antitrust OR compet*) |
| | Hunter AND (antitrust OR compet*) |
| | Kroge* AND (antitrust OR compet*) |
| | Kroger AND (antitrust OR compet*) |
| | LANCO AND (antitrust OR compet*) |
| | Lonestar AND (antitrust OR compet*) |
| | "Lone Star" AND (antitrust OR compet*) |
| | Mayfield AND (antitrust OR compet*) |
| | MDVA AND (antitrust OR compet*) |
| | "Maryland and Virginia" AND (antitrust OR compet*) |
| | "Md&Va" AND (antitrust OR compet*) |
| | "MD/VA" AND (antitrust OR compet*) |
| | "Md-Va" AND (antitrust OR compet*) |
| | "milk co" AND (antitrust OR compet*) |
| | Milkco AND (antitrust OR compet*) |
| | Moultrie AND (antitrust OR compet*) |
| | "Newport News" AND (antitrust OR compet*) |
| | "North Carolina" AND (antitrust OR compet*) |
| | N.C. AND (antitrust OR compet*) |

|   |   |
|---|---|
|   | NC AND (antitrust OR compet*) |
|   | (N* w/1 Carolina) AND (antitrust OR compet*) |
|   | Pet AND (antitrust OR compet*) |
|   | Piedmont AND (antitrust OR compet*) |
|   | Publix  AND (antitrust OR compet*) |
|   | Salisbury AND (antitrust OR compet*) |
|   | "Shamrock Foods" AND (antitrust OR compet*) |
|   | SMI AND (antitrust OR compet*) |
|   | "South Carolina" AND (antitrust OR compet*) |
|   | "Southeast Milk" AND (antitrust OR compet*) |
|   | S.C. AND (antitrust OR compet*) |
|   | SC AND (antitrust OR compet*) |
|   | (S* w/1 Carolina) AND (antitrust OR compet*) |
|   | Sparkmans AND (antitrust OR compet*) |
|   | Spartanburg AND (antitrust OR compet*) |
|   | T.N. AND (antitrust OR compet*) |
|   | Tennessee AND (antitrust OR compet*) |
|   | TN AND (antitrust OR compet*) |
|   | V.A. AND (antitrust OR compet*) |
|   | VA AND (antitrust OR compet*) |
|   | Verona AND (antitrust OR compet*) |
|   | Virginia AND (antitrust OR compet*) |
|   | "Westover Dairy" AND (antiturst OR compet*) |
|   | Wirtz AND (antitrust OR compet*) |
|   | "winston salem" AND (antitrust OR compet*) |
|   | "winston-salem" AND (antitrust OR compet*) |

| Req No. 7 | |
|---|---|
| **Custodian** | **Search Terms** |
| Jon Bebermeyer | "milk" w/3 (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | Winston* and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | "High Point" and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | Spartanburg and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | (N* w/1 Carolina) and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | (S* w/1 Carolina) and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | NC and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | N.C. and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | SC and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | S.C. and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | Carolinas and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | Georgia and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | GA and(quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | G.A. and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | Virginia and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | VA and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | V.A. and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | Tennessee and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | TN and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | T.N. and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | "Federal Order 5" and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | "FO 5" and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | "F.O. 5" and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | "FMMO 5" and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | "F.M.M.O. 5" and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | "Dairy Fresh" and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | Pet and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | Broadacre and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |
| | Mayfield and (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*) |