# EXHIBIT J

**Email from A. McDonald to C. Simpson**
**Re: DFA's Proposed Custodians and Search Terms for Plaintiffs'**
**2nd Set of Requests for Production to DFA**
**September 21, 2020**

| | |
|---|---|
| **From:** | AMcDonald@bakerandmiller.com |
| **To:** | Simpson, Carter C.; Bakowski Alan W. |
| **Cc:** | Cooney III, James P.; Powell, Brent; Sarah.Stone@wbd-us.com; TMiller@bakerandmiller.com; ECastillo@bakerandmiller.com; michael.egge@lw.com; Phair, Ryan P.; Martin, Jack; Hahm, Kevin; Oeltjenbruns, Kelly; Rich, Ryan G.; Lamberth, James A.; eglavich@bakerandmiller.com |
| **Subject:** | DFA"s Proposed Custodians & Search Terms for Pls" 2nd Set of RFPs to DFA |
| **Date:** | Monday, September 21, 2020 5:58:15 PM |
| **Attachments:** | Custodians & Search Terms 2nd RFPs 9.21.20.xlsx |

Alan and Carter,

Attached please find a list of individuals who DFA believes are reasonably likely to have non-duplicative documents responsive to those Requests within Plaintiffs' Second Set of Requests for Production that are appropriate for custodial review, as well as proposed search terms for identifying documents that may be responsive to Plaintiffs' Second Set of Requests for Production to DFA, subject to DFA's Responses and Objections. The selection of custodians or search terms do not constitute an admission as to the relevance or admissibility of documents containing the proposed terms or of the matters raised in Plaintiffs' Second Set of Requests. DFA reserves the right to amend or modify all proposed custodians and search terms.

Thank you,

Amber

Amber L. McDonald
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037

Direct: 202.663.7828
Fax: 202.663.7849

amcdonald@bakerandmiller.com

| Request No. 1 1 | |
| --- | --- |
| **Custodians** | **Search Terms** |
| Randy Mooney | Dean* w/10 (buy* OR purchas* OR acqui* OR bid* OR deal* or asset*) |
| Rick Smith | Dove* w/10 (buy* OR purchas* OR acqui* OR bid* OR deal* or asset*) |
| Greg Wickham | Dragon w/10 (buy* OR purchas* OR acqui* OR bid* OR deal* or asset*) |
| Krista Piper | "Project Creamery" w/10 (buy* OR purchas* OR acqui* OR bid* OR deal* or asset*) |
| Deana King | |

Will add (Board OR Director* OR Committee* OR Chairman) on above results for all custodians, with exception of Randy Mooney

| Req No. 22 | |
|---|---|
| **Custodians** | **Search Terms** |
| Alan Bernon | Winston* w/5 (plan* OR sell* OR sale* OR idl* OR shutdown* OR "shut down" OR clos* OR expand* OR increas* OR grow*) |
| Rick Smith | (HP OR H.P. OR H-P OR "High Point") w/5 (plan* OR sell* OR sale* OR idl* OR shutdown* OR "shut down" OR clos* OR expand* OR increas* OR grow*) |
| Greg Wickham | Spartanburg w/5 (plan* OR sell* OR sale* OR idl* OR shutdown* OR "shut down" OR clos* OR expand* OR increas* OR grow*) |
| Krista Piper | Carolina* w/5 (plan* OR sell* OR sale* OR idl* OR shutdown* OR "shut down" OR clos* OR expand* OR increas* OR grow*) |
| Deana King | "NC" w/5 (plan* OR sell* OR sale* OR idl* OR shutdown* OR "shut down" OR clos* OR expand* OR increas* OR grow*) |
| Randy Mooney | "N.C." w/5 (plan* OR sell* OR sale* OR idl* OR shutdown* OR "shut down" OR clos* OR expand* OR increas* OR grow*) |
| Tom Murray | "SC" w/5 (plan* OR sell* OR sale* OR idl* OR shutdown* OR "shut down" OR clos* OR expand* OR increas* OR grow*) |
| | "S.C." w/5 (plan* OR sell* OR sale* OR idl* OR shutdown* OR "shut down" OR clos* OR expand* OR increas* OR grow*) |