# EXHIBIT K

**Email from C. Simpson to A. McDonald**
**Re: DFA's Proposed Custodians and Search Terms for Plaintiffs'**
**2nd Set of Requests for Production to DFA**
**September 29, 2020**

| From: | Simpson, Carter C. |
|---|---|
| To: | "AMcDonald@bakerandmiller.com"; Bakowski Alan W. |
| Cc: | Cooney III, James P.; Powell, Brent; Sarah.Stone@wbd-us.com; TMiller@bakerandmiller.com; ECastillo@bakerandmiller.com; michael.egge@lw.com; Phair, Ryan P.; Martin, Jack; Hahm, Kevin; Oeltjenbruns, Kelly; Rich, Ryan G.; Lamberth, James A.; eglavich@bakerandmiller.com |
| Subject: | RE: DFA"s Proposed Custodians & Search Terms for Pls" 2nd Set of RFPs to DFA |
| Date: | Tuesday, September 29, 2020 5:00:22 PM |
| Attachments: | 2020.09.29 FL consolidated search terms for DFA.xlsx |
| | 2020.09.29 C. Simpson to A. McDonald re DFA custodians and STs.pdf |

Thanks for sending this last week, Amber. As previewed on last Wednesday's call, attached please find a letter concerning DFA's custodians and Plaintiffs' proposals for omnibus search terms appropriate under Plaintiffs' first, second, and third requests for production (except those subject to the protective order motion). We are available to discuss at your convenience.

Best,

Carter C. Simpson
Hunton Andrews Kurth LLP
w. 202-955-1850
c. 843-618-7917

**From:** AMcDonald@bakerandmiller.com <AMcDonald@bakerandmiller.com>
**Sent:** Monday, September 21, 2020 5:53 PM
**To:** Simpson, Carter C. <csimpson@hunton.com>; Bakowski Alan W. <alan.bakowski@troutman.com>
**Cc:** Cooney III, James P. <Jim.Cooney@wbd-us.com>; Powell, Brent <Brent.Powell@wbd-us.com>; Sarah.Stone@wbd-us.com; TMiller@bakerandmiller.com; ECastillo@bakerandmiller.com; michael.egge@lw.com; Phair, Ryan P. <rphair@hunton.com>; Martin, Jack <martinj@hunton.com>; Hahm, Kevin <KHahm@hunton.com>; Oeltjenbruns, Kelly <KOeltjenbruns@hunton.com>; Rich, Ryan G. <rrich@hunton.com>; Lamberth, James A. <james.lamberth@troutman.com>; eglavich@bakerandmiller.com
**Subject:** DFA's Proposed Custodians & Search Terms for Pls' 2nd Set of RFPs to DFA

Alan and Carter,

Attached please find a list of individuals who DFA believes are reasonably likely to have non-duplicative documents responsive to those Requests within Plaintiffs' Second Set of Requests for Production that are appropriate for custodial review, as well as proposed search terms for identifying documents that may be responsive to Plaintiffs' Second Set of Requests for Production to DFA, subject to DFA's Responses and Objections. The selection of custodians or search terms do not constitute an admission as to the relevance or admissibility of documents containing the proposed terms or of the matters raised in Plaintiffs' Second Set of Requests. DFA reserves the right to amend or modify all proposed custodians and search terms.

Thank you,

Amber

Amber L. McDonald
Baker & Miller PLLC
2401 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037

Direct: 202.663.7828
Fax: 202.663.7849

amcdonald@bakerandmiller.com

| |
|---|
| acqui* AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Appalachia* AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Asheville AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| asset* AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Borden AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Broadacre AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| buy AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Carolina* AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Charleston AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| (Creamery* OR "Project Cream") AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| ("Dairy Fresh" OR DF) AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| (Dove OR Dragon) AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Dean* AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| ("F.M.M.O. 5" or "F.O. 5" OR "Order 5" OR "FMMO 5" OR "FO 5") AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| (G.A. OR GA OR Georgia) AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| ("High Point" OR "High-Point") AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| "Homestead Creamery" AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| "HP Hood"  AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Hunter AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Kroge* AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |

| |
|---|
| LANCO AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| (Lonestar OR "Lone Star") AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Mayfield AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| (MDVA OR "Maryland and Virginia" OR "MD&VA" OR "MD/VA" OR "MD-VA") AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| ("Milkco" OR "milk co") AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Moultrie AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| "Newport News" AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| ("N.C." OR NC) AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Pet AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Piedmont AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Publix  AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Salisbury AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Shamrock AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| SMI AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| ("S.C." OR SC) AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Sparkmans AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Spartanb*rg AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| ("T.N." OR TN OR Tenn*) AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| ("V.A." OR VA" OR Virginia) AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Verona AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| Westover* AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |

| |
|---|
| Wirtz AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| (Winston OR WS) AND (antitrust* OR compet* OR DOJ* OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical*) |
| (Southeast* OR SEA OR Marva* OR bankrupt*) AND (antitrust* OR compet* OR DOJ* OR share OR power OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR vertical* OR barrier* OR obstacl*) |
| (Dean OR Creamery OR "Dairy Fresh" OR DF OR Winston* OR WS OR Spartanb*rg OR "High Point" OR "H.P." OR HP OR Carolina*) AND (power OR share) |
| ("full supply" OR "promissory note" OR exclusiv*) w/25 (concern* OR legal* OR right* OR compet*) |
| exclu* w/25 (Marva* OR MDVA OR "Maryland and Virginia" OR "Md&Va" OR "MD/VA" or "Md-Va") |
| (Houlihan OR Alvarez OR Evercore OR "bond holders" OR bondholders OR "note holders" OR noteholders OR "ad hoc committee" OR creditor* OR lender*) AND (antitrust* OR compet* OR DOJ* OR share OR power OR "Dep* /3 Justice" OR monopol* OR anticompet* or "anti competitive" OR "anti trust" OR illegal OR barrier* OR obstacl*) |
| acqui* w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Appalachia* w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Asheville w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| asset* w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Borden w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Broadacre w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Carolina* w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Charleston w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| (Creamery* OR "Project Cream") w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| ("Dairy Fresh" OR DF) w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| (Dove OR Dragon) w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| ("F.M.M.O. 5" or "F.O. 5" OR "Order 5" OR "FMMO 5" OR "FO 5") w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| (G.A. OR GA OR Georgia) w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| ("High Point" OR "High-Point") w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |

| |
|---|
| Homestead* w/25 (limit* OR prevent* OR bar* OR weak* less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| "HP Hood"  w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| (Hunter or HF) w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Kroge* w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| LANCO w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| (Lonestar OR "Lone Star") w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Mayfield w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| (MDVA OR "Maryland and Virginia" OR "MD&VA" OR "MD/VA" OR "MD-VA") w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| ("Milkco" OR "milk co") w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Moultrie w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| "Newport News" w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| ("N.C." OR NC) w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Pet w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Piedmont w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Publix w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Salisbury w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Shamrock w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| SMI w/50 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| ("S.C." OR SC) w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Sparkmans w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |
| Spartanb*rg w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*) |

("T.N." OR TN OR Tenn*) w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*)

("V.A." OR VA OR Virginia) w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*)

Verona w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*)

Westover* w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*)

Wirtz w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*)

(Winston* OR WS) w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*)

**LEGACY DFA ONLY:** Dean* w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*)

**LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/25 (limit* OR prevent* OR bar* OR weak* OR less* OR strength* OR strong* OR impact* OR effect* OR constrain* OR restrain* OR requir* OR exclu* OR power* OR share* OR domina* OR control* OR rais* OR reduc* OR increas* OR decreas*)

(processing OR supply OR plant* OR market*) w/10 (plan OR plans OR plann* OR analy* OR strateg* OR assess* OR report* OR study* OR studie* OR model* OR forecast* OR processing OR processor OR supply* OR suppli* OR sourc* OR procure* OR plant* OR capacity OR trend* OR increas* OR decreas* OR price OR cost OR sale* OR sell*)

(Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR plant* OR "N.C." OR NC OR South* OR SEA) w/50 (clos* OR rational* OR sale* OR consolid* OR "shut down" OR "shut-down" OR shutdown OR shutter OR reduc* OR decreas*)

(Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR South* OR SEA) w/50 (plan OR plans OR plann* OR analy* OR strateg* OR assess* OR report* OR study* OR studie* OR model* OR forecast* OR processing OR processor OR supply* OR suppli* OR sourc* OR procure* OR plant* OR capacity OR trend* OR increas* OR decreas* OR price OR cost OR sale* OR sell*)

(NC OR "N.C." OR SC OR S.C. OR Georgia OR GA OR "G.A." OR Virginia OR VA OR "V.A." OR Tenn* OR TN OR "T.N.") w/25 (plan OR plans OR plann* OR analy* OR strateg* OR assess* OR report* OR study* OR studie* OR model* OR forecast* OR processing OR processor OR supply* OR suppli* OR sourc* OR procure* OR plant* OR capacity OR trend* OR increas* OR decreas* OR price OR cost OR sale* OR sell*)

("Order 5" OR "FO 5" OR "F.O. 5" OR "FMMO 5" OR "F.M.M.O. 5") w/25 (plan OR plans OR plann* OR analy* OR strateg* OR assess* OR report* OR study* OR studie* OR model* OR forecast* OR processing OR processor OR supply* OR suppli* OR sourc* OR procure* OR plant* OR capacity OR trend* OR increas* OR decreas* OR price OR cost OR sale* OR sell*)

(Creamery OR "Project Cream" OR Dove OR Dragon) w/50 (plan OR plans OR plann* OR analy* OR strateg* OR assess* OR report* OR study* OR studie* OR model* OR forecast* OR processing OR processor OR supply* OR suppli* OR sourc* OR procure* OR plant* OR capacity OR trend* OR increas* OR decreas* OR price OR cost OR sale* OR sell*)

(Marva* OR MDVA OR "Maryland w/2 Virginia" OR "Md&Va" OR "MD/VA" OR "Md-Va") w/25 (plan OR plans OR plann* OR analy* OR strateg* OR assess* OR report* OR study* OR studie* OR model* OR forecast* OR processing OR processor OR supply* OR suppli* OR sourc* OR procure* OR plant* OR capacity OR trend* OR increas* OR decreas* OR price OR cost OR sale* OR sell*)

(Borden OR Cloverland OR Milkco OR "Milk Co" OR Hood OR "United Dairy" OR "Valley Milk" OR Cobblestone OR Piedmont OR LANCO OR SMI OR "Swiss Premium" OR "harris teeter" OR Hunter OR Kroger OR Ingles OR "Land /3 Sun" OR "Land O'Lakes" OR "Tru w/3 Moo" OR "Lone Star" OR Lonestar OR PET OR Broadacre OR Mayfield) w/25 (plan OR plans OR plann* OR analy* OR strateg* OR assess* OR report* OR study* OR studie* OR model* OR forecast* OR processing OR processor OR supply* OR suppli* OR sourc* OR procure* OR plant* OR capacity OR trend* OR increas* OR decreas* OR price OR cost OR sale* OR sell*)

(Asheville OR Charleston OR Appalachia* OR "National Milk" OR NMPF OR DCMA OR SMA OR SMI OR CPMA) w/25 (plan OR plans OR plann* OR analy* OR strateg* OR assess* OR report* OR study* OR studie* OR model* OR forecast* OR processing OR processor OR supply* OR suppli* OR sourc* OR procure* OR plant* OR capacity OR trend* OR increas* OR decreas* OR price OR cost OR sale* OR sell*)

Mart" OR "Fresh Market" OR Target OR "Piggly Wiggly" OR Piglet OR Costco OR FoodLion) w/25 (plan OR plann* OR analy* OR strateg* OR assess* OR report* OR study* OR studie* OR model* OR forecast* OR processing OR processor OR supply* OR suppli* OR sourc* OR procure* OR plant* OR capacity OR trend* OR increas* OR decreas* OR price OR cost OR sale* OR sell*)

**LEGACY DFA ONLY:** Dean* w/50 (plan OR plans OR plann* OR analy* OR strateg* OR assess* OR report* OR study* OR studie* OR model* OR forecast* OR processing OR processor OR supply* OR suppli* OR sourc* OR procure* OR plant* OR capacity OR trend* OR increas* OR decreas* OR price OR cost OR sale* OR sell*)

**LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/50 (plan OR plans OR plann* OR analy* OR strateg* OR assess* OR report* OR study* OR studie* OR model* OR forecast* OR processing OR processor OR supply* OR suppli* OR sourc* OR procure* OR plant* OR capacity OR trend* OR increas* OR decreas* OR price OR cost OR sale* OR sell*)

"milk" w/3 (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

(Winston* OR "High Point" OR HP OR "H.P." OR "H-P" OR Spartanb*rg OR "Dairy Fresh" OR DF) AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

(Carolina* OR NC OR "N.C." OR SC OR "S.C." OR Georgia* OR GA OR "G.A." OR Virginia OR VA OR "V.A." OR Tenn* OR TN OR "T.N.") AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

("Order 5" OR "FO 5" OR "F.O. 5" OR FMMO 5" OR "F.M.M.O. 5") AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

(Pet OR Broadacre OR Mayfield) AND (quot* OR RFP OR offer* OR award OR sell* OR sale* or bid*)

suppl* w/20 (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

(MilkCo OR "Milk Co") AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

Borden AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

(Hunter OR HF) AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

(Marva* OR MDVA OR "Maryland w/2 Virginia" OR "Md&Va" OR "MD/VA" OR "Md-Va") AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

("Food Lion" or FL) AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

Centennial AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

Cloverland AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

"United Dairy" AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

(South* OR Asheville OR Charleston OR Dunn OR Salisbury OR Elloree) AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* OR bid*)

(Publix OR "Whole Foods" OR WF OR BiLo OR "Bi-Lo" OR "Bi/Lo" OR Trader* OR Aldi OR Lidl OR Cricket OR Loew* OR Lowe* OR King* OR Walmart OR "Wal-Mart" OR "Fresh Market" OR Target OR "Piggly Wiggly" OR Piglet OR Costco OR FoodLion) AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* OR bid*)

(Hood OR "Valley Milk" OR Piedmont OR "Swiss Premium" OR SMI OR "harris teeter" OR Kroge* OR Ingles OR "Land w/3 Sun" OR "Land w/3 Lakes" OR "Land O'Lakes" OR LOL OR "Tru w/3 Moo") AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* OR bid*)

(Cobblestone OR "Great Lakes" OR GLMP OR Appalachia* OR ADFC OR "Michigan Milk Producers Association" OR MMPA OR "Cooperative Milk Producers Association" OR CMPA OR Piedmont OR Lanco OR SMI OR "Swiss Premium" OR Premier OR Lonestar OR "Lone Star") AND (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* OR bid*)

**LEGACY DFA ONLY:** (Dean OR Dove OR Dragon) w/20 (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

**LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/20 (quot* OR RFP OR propos* OR offer* OR award* OR sell* OR sale* or bid*)

(Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR Southeast* OR SEA) w/20 (Board OR Director* OR Committee* OR Chairman)

| |
|---|
| (NC OR "N.C." OR SC OR S.C. OR Georgia OR GA OR "G.A." OR Virginia OR VA OR "V.A." OR Tenn* OR TN OR "T.N.") w/20 (Board OR Director* OR Committee* OR Chairman) |
| ("Order 5" OR "FO 5" OR "F.O. 5" OR "FMMO 5" OR "F.M.M.O. 5") w/20 (Board OR Director* OR Committee* OR Chairman) |
| (bankrupt* OR "Chapter 11" OR asset* OR Dove OR Dragon) w/20 (Board OR Director* OR Committee* OR Chairman) |
| **LEGAGY DFA ONLY:** Dean w/20 (Board OR Director* OR Committee* OR Chairman) |
| **LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/20 (Board OR Director* OR Committee* OR Chairman) |
| (Winston OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR Southeast* OR SEA) w/20 (buy* OR gain* OR purchas* OR acquir* OR solicit* OR deal* OR asset* OR ventur* OR discuss* OR financ* OR bankrupt* OR restruct* OR reorganiz* OR transact* OR rescue OR bailout OR "bail* w/3 out") |
| (NC OR "N.C." OR SC OR S.C. OR Georgia OR GA OR "G.A." OR Virginia OR VA OR "V.A." OR Tenn* OR TN OR "T.N.") w/20 (buy* OR gain* OR purchas* OR acquir* OR solicit* OR deal* OR asset* OR ventur* OR discuss* OR financ* OR bankrupt* OR restruct* OR reorganiz* OR transact* OR rescue OR bailout OR "bail* w/3 out") |
| ("Order 5" OR "FO 5" OR "F.O. 5" OR "FMMO 5" OR "F.M.M.O. 5") w/20 (buy* OR gain* OR purchas* OR acquir* OR solicit* OR deal* OR asset* OR ventur* OR discuss* OR financ* OR bankrupt* OR restruct* OR reorganiz* OR transact* OR rescue OR bailout OR "bail* w/3 out") |
| (bankrupt* OR "Chapter 11" OR asset* OR Dove OR Dragon) w/20 (buy* OR gain* OR purchas* OR acquir* OR bid* OR solicit* OR deal* OR asset* OR ventur* OR discuss* OR financ* OR restruct* OR reorganiz* OR transact* OR rescue OR bailout OR "bail* w/3 out") |
| **LEGAGY DFA ONLY:** Dean w/20 (buy* OR gain* OR purchas* OR acquir* OR solicit* OR deal* OR asset* OR ventur* OR discuss* OR financ* OR bankrupt* OR restruct* OR reorganiz* OR transact* OR rescue OR bailout OR "bail* w/3 out") |
| **LEGAGY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/20 (buy* OR gain* OR purchas* OR acquir* OR solicit* OR deal* OR asset* OR ventur* OR discuss* OR financ* OR bankrupt* OR restruct* OR reorganiz* OR transact* OR rescue OR bailout OR "bail* w/3 out") |
| (Winston OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR Southeast* OR SEA) w/25 (idl* OR expand* OR increas* OR grow* OR shrink* OR integrat* OR join* OR merg* OR synerg* OR align* OR incorporat*) |
| (NC OR "N.C." OR SC OR S.C. OR Georgia OR GA OR "G.A." OR Virginia OR VA OR "V.A." OR Tenn* OR TN OR "T.N.") w/25 (idl* OR expand* OR increas* OR grow* OR shrink* OR integrat* OR join* OR merg* OR synerg* OR align* OR incorporat*) |
| ("Order 5" OR "FO 5" OR "F.O. 5" OR "FMMO 5" OR "F.M.M.O. 5") w/25 (idl* OR expand* OR increas* OR grow* OR shrink* OR integrat* OR join* OR merg* OR synerg* OR align* OR incorporat*) |
| (bankrupt* OR "Chapter 11" OR bid* or asset* OR Dove OR Dragon) w/25 (idl* OR expand* OR increas* OR grow* OR shrink* OR integrat* OR join* OR merg* OR synerg* OR align* OR incorporat*) |
| **LEGAGY DFA ONLY:** Dean w/25 (idl* OR expand* OR increas* OR grow* OR shrink* OR integrat* OR join* OR merg* OR synerg* OR align* OR incorporat*) |
| **LEGAGY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/25 (idl* OR expand* OR increas* OR grow* OR shrink* OR integrat* OR join* OR merg* OR synerg* OR align* OR incorporat*) |
| Creamery |
| "Project Cream" |
| (*Houlihan* OR *Evercore* OR *Alvarez* OR "A&M" OR *Fitch* OR *Moody* OR "S&P") AND (asset* OR Dean* OR Dragon* OR Dove OR Creamery OR bankrupt* OR "chapter 11" OR restruct* OR reorganiz* OR bid*) |
| (*Houlihan* OR *Evercore* OR *Alvarez* OR "A&M" OR *Fitch* OR *Moody* OR "S&P") AND (Winston OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR "N.C." OR NC OR "S.C." OR SC OR Southeast* OR "Order 5" OR "FO 5" OR "F.O. 5" OR "FMMO 5" OR "F.M.M.O. 5") |

| |
|---|
| (Dove OR Dragon OR Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR "N.C." OR NC OR "S.C." OR SC OR Southeast* OR "Order 5" OR "FO 5" OR "F.O. 5" OR "FMMO 5" OR "F.M.M.O. 5") w/25 (buy* OR gain* OR purchas* OR acquir* OR bid* OR solicit* OR deal* OR asset* OR ventur* OR discuss* OR financ* OR bankrupt* OR transact* OR rescue OR bailout OR "bail* w/3 out") |
| **LEGACY DFA ONLY:** Dean w/25 (buy* OR gain* OR purchas* OR acquir* OR bid* OR solicit* OR deal* OR asset* OR ventur* OR discuss* OR financ* OR bankrupt* OR transact* OR rescue OR bailout OR "bail* w/3 out") |
| **LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/25 (buy* OR gain* OR purchas* OR acquir* OR bid* OR solicit* OR deal* OR asset* OR ventur* OR discuss* OR financ* OR bankrupt* OR transact* OR rescue OR bailout OR "bail* w/3 out") |
| (Dove OR Dragon OR Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR "N.C." OR NC OR "S.C." OR SC OR Southeast* OR "Order 5" OR "FO 5" OR "F.O. 5" OR "FMMO 5" OR "F.M.M.O. 5") w/25 (arrangement* OR agreement* OR suppl* OR contract*) |
| **LEGACY DFA ONLY:** (Dean) w/25 (arrangement* OR agreement* OR suppl* OR contract*) |
| **LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/25 (arrangement* OR agreement* OR suppl* OR contract*) |
| (side OR promissory* OR contingent*) w/3 (note* OR deal* OR arrangement*) |
| (Dove OR Dragon) w/20 (conference* OR meet* OR met OR agenda OR call* OR lunch OR dinner) |
| **LEGACY DFA ONLY:** (Dean OR Parris OR Kinser OR Engles OR Stegenga OR Beringause OR Rahlfs OR Scozzafava) w/20 (conference* OR meet* OR met OR agenda OR call* OR lunch OR dinner) |
| **LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America" OR "Rick w/2 Smith" OR Mooney OR Bernon OR Wickham OR Flanigan OR Flannigan OR McGinnis OR "John w/2 Wilson") w/20 (conferenc* OR meet* OR met OR agenda OR call* OR lunch OR dinner) |
| (Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR "N.C." OR NC OR "S.C." OR SC OR Southeast* OR SEA) w/50 (valu* OR apprais* OR stalking OR piecemeal OR "all or nothing" OR "all-or-nothing" OR individual* OR portion OR part OR few OR separat* OR group* OR subset) |
| (bankrupt* OR "Chapter 11" OR bid* OR asset* Dove OR Dragon) w/50 (valu* OR bid* OR apprais* OR piecemeal OR "all or nothing" OR "all-or-nothing" OR individual* OR portion OR part OR few OR separat* OR group* OR subset) |
| **LEGACY DFA ONLY:** Dean w/50 (valu* OR bid* OR apprais* OR piecemeal OR "all or nothing" OR "all-or-nothing" OR individual* OR portion OR part OR few OR separat* OR group* OR subset) |
| **LEGACY DEAN ONLY:** (DFA OR "Dairy Farmers of America") w/50 (valu* OR bid* OR apprais* OR piecemeal OR "all or nothing" OR "all-or-nothing" OR individual* OR portion OR part OR few OR separat* OR group* OR subset) |
| (Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR "N.C." OR NC OR "S.C." OR SC OR Southeast* OR SEA) w/50 (restruct* OR reorganiz* OR structur* OR organiz* OR reallocat* OR allocat* OR winddown* OR "wind down" OR winding* OR waterfall OR liquidat*) |
| (bankrupt* OR "Chapter 11" OR bid* or asset* OR Dove OR Dragon) w/50 (restruct* OR reorganiz* OR structur* OR organiz* OR reallocat* OR allocat* OR winddown* OR "wind down" OR winding* OR waterfall OR liquidat*) |
| **LEGACY DFA ONLY:** Dean w/50 (restruct* OR reorganiz* OR structur* OR organiz* OR reallocat* OR allocat* OR winddown* OR "wind down" OR winding* OR waterfall OR liquidat*) |
| **LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/50 (restruct* OR reorganiz* OR structur* OR organiz* OR reallocat* OR allocat* OR winddown* OR "wind down" OR winding* OR waterfall OR liquidat*) |
| (Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR "N.C." OR NC OR "S.C." OR SC OR Southeast* OR SEA) w/50 (cost* OR benefi* OR risk* OR efficienc* OR saving* OR econom*) |
| (bankrupt* OR "Chapter 11" OR bid* or asset* OR Dove OR Dragon) w/50 (cost* OR benefi* OR risk* OR efficienc* OR saving* OR econom*) |
| **LEGAGY DFA ONLY:** Dean w/50 (cost* OR benefi* OR risk* OR efficienc* OR saving* OR econom*) |

**LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/50 (cost* OR benefi* OR risk* OR efficienc* OR saving* OR econom*)

(Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR Southeast* OR SEA) w/25 (profit* OR balanc* OR budget* OR financ*)

(NC OR "N.C." OR SC OR S.C. OR Georgia OR GA OR "G.A." OR Virginia OR VA OR "V.A." OR Tenn* OR TN OR "T.N.") w/25 (profit* OR balanc* OR budget* OR financ*)

("Order 5" OR "FO 5" OR "F.O. 5" OR FMMO 5" OR "F.M.M.O. 5") w/25 (profit* OR balanc* OR budget* OR financ*)

(Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR Southeast* OR SEA) w/25 (market OR environment* OR climat* OR outlook OR demand* OR future* OR predict* OR projection*)

(NC OR "N.C." OR SC OR S.C. OR Georgia OR GA OR "G.A." OR Virginia OR VA OR "V.A." OR Tenn* OR TN OR "T.N.") w/25 (market OR environment* OR climat* OR outlook OR demand* OR future* OR predict* OR projection*)

("Order 5" OR "FO 5" OR "F.O. 5" OR FMMO 5" OR "F.M.M.O. 5") w/25 (market OR environment* OR climat* OR outlook OR demand* OR future* OR predict* OR OR projection*)

(Marva* OR MDVA OR "Maryland w/2 Virginia" OR "Md&Va" OR "MD/VA" OR "Md-Va") w/25 (market OR environment* OR climat* OR outlook OR demand* OR future* OR predict* OR projection*)

(Borden OR Cloverland OR Milkco OR "Milk Co" OR Hood OR "United Dairy" OR "Valley Milk" OR Cobblestone OR Piedmont OR LANCO OR SMI OR "Swiss Premium" OR "harris teeter" OR Hunter OR HF OR Kroge* OR Ingle* OR "Land w/3 Sun" OR "Land w/3 Lakes" OR "Land O'Lakes" OR LOL OR "Tru w/3 Moo" OR PET OR Broadacre OR Mayfield) w/25 (market OR environment* OR climat* OR outlook OR demand* OR future* OR predict* OR projection*)

(Cobblestone OR "Great Lakes" OR GLMP OR Appalachia* OR ADFC OR "Michigan Milk Producers Association" OR MMPA OR "Cooperative Milk Producers Association" OR CMPA OR Piedmont OR Lanco OR SMI OR "Swiss Premium" OR Premier OR Lonestar OR "Lone Star") w/25 (market OR environment* OR climat* OR outlook OR demand* OR future* OR predict* OR projection*)

(bankrupt* OR "Chapter 11" OR bid* or asset* OR Dove OR Dragon) w/25 (market OR environment* OR climat* OR outlook OR demand* OR future* OR predict* OR projection*)

**LEGAGY DFA ONLY:** Dean w/25 (market OR environment* OR climat* OR outlook OR demand* OR future* OR predict*)

**LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/25 (market OR environment* OR climat* OR outlook OR demand* OR future* OR predict*)

(Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR Southeast* OR SEA) w/50 (2021 OR 2022 or futur* OR project* OR anticipat* OR estimat* OR "next year")

(NC OR "N.C." OR SC OR S.C. OR Georgia OR GA OR "G.A." OR Virginia OR VA OR "V.A." OR Tenn* OR TN OR "T.N.") w/25 (2021 OR 2022 or futur* OR project* OR anticipat* OR estimat* OR "next year")

("Order 5" OR "FO 5" OR "F.O. 5" OR "FMMO 5" OR "F.M.M.O. 5") w/25 (2021 OR 2022 or futur* OR project* OR anticipat* OR estimat* OR "next year")

(Marva* OR MDVA OR "Maryland w/2 Virginia" OR "Md&Va" OR "MD/VA" OR "Md-Va") w/25 (2021 OR 2022 or futur* OR project* OR anticipat* OR estimat* OR "next year")

(Borden OR Cloverland OR Milkco OR "Milk Co" OR Hood OR "United Dairy" OR "Valley Milk" OR Cobblestone OR Piedmont OR LANCO OR SMI OR "Swiss Premium" OR "harris teeter" OR Hunter OR HF OR Kroge* OR Ingle* OR "Land w/3 Sun" OR "Land w/3 Lakes" OR "Land O'Lakes" OR LOL OR "Tru w/3 Moo" OR PET OR Broadacre OR Mayfield) w/25 (2021 OR 2022 or futur* OR project* OR anticipat* OR estimat* OR "next year")

(Publix OR "Whole Foods" OR WF OR BiLo OR "Bi-Lo" OR "Bi/Lo" OR Trader* OR Aldi OR Lidl OR Cricket OR Loew* OR Lowe* OR King* OR Walmart OR "Wal-Mart" OR "Fresh Market" OR Target OR "Piggly Wiggly" OR Piglet OR Costco OR FoodLion) w/20 (2021 OR 2022 or futur* OR project* OR anticipat* OR estimat* OR "next year")

(bankrupt* OR "Chapter 11" OR bid* or asset* OR Dove OR Dragon) w/25 (2021 OR 2022 or futur* OR project* OR anticipat* OR estimat* OR "next year")

**LEGACY DFA ONLY:** Dean w/25 (2021 OR 2022 or futur* OR project* OR anticipat* OR estimat* OR "next year")

**LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/25 (2021 OR 2022 or futur* OR project* OR anticipat* OR estimat* OR "next year")

(Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR Southeast* OR SEA) AND pric* w/10 (list* OR plan* OR announc* OR decision* OR decid* OR "roll out" OR polic* OR forecast* OR strateg* OR analys* OR report* OR incentiv* OR rebate* OR discount*)

(NC OR "N.C." OR SC OR S.C. OR Georgia OR GA OR "G.A." OR Virginia OR VA OR "V.A." OR Tenn* OR TN OR "T.N.") AND pric* w/10 (list* OR plan* OR announc* OR decision* OR decid* OR "roll out" OR polic* OR forecast* OR strateg* OR analys* OR report* OR incentiv* OR rebate* OR discount*)

("Order 5" OR "FO 5" OR "F.O. 5" OR "FMMO 5" OR "F.M.M.O. 5") AND pric* w/10 (list* OR plan* OR announc* OR decision* OR decid* OR "roll out" OR polic* OR forecast* OR strateg* OR analys* OR report* OR incentiv* OR rebate* OR discount*)

(Marva* OR MDVA OR "Maryland w/2 Virginia" OR "Md&Va" OR "MD/VA" OR "Md-Va") AND pric* w/10 (list* OR plan* OR announc* OR decision* OR decid* OR "roll out" OR polic* OR forecast* OR strateg* OR analys* OR report* OR incentiv* OR rebate* OR discount*)

Premium" OR "harris teeter" OR Hunter OR HF OR Kroge* OR Ingle* OR "Land /3 Sun" OR "Land O'Lakes" OR "Tru w/3 Moo" OR "Lone Star" OR Lonestar OR PET OR Broadacre OR Mayfield) AND pric* w/10 (list* OR plan* OR announc* OR decision* OR decid* OR "roll out" OR polic* OR forecast* OR strateg* OR analys* OR report* OR incentiv* OR rebate* OR discount*)

(Publix OR "Whole Foods" OR WF OR BiLo OR "Bi-Lo" OR "Bi/Lo" OR Trader* OR Aldi OR Lidl OR Cricket OR Loew* OR Lowe* OR King* OR Walmart OR "Wal-Mart" OR "Fresh Market" OR Target OR "Piggly Wiggly" OR Piglet OR Costco OR FoodLion) AND pric* w/10 (list* OR plan* OR announc* OR decision* OR decid* OR "roll out" OR polic* OR forecast* OR strateg* OR analys* OR report* OR incentiv* OR rebate* OR discount*)

**LEGACY DFA ONLY:** Dean AND pric* w/10 (list* OR plan* OR announc* OR decision* OR decid* OR "roll out" OR polic* OR forecast* OR strateg* OR analys* OR report* OR incentiv* OR rebate* OR discount*)

**LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") AND pric* w/10 (list* OR plan* OR announc* OR decision* OR decid* OR "roll out" OR polic* OR forecast* OR strateg* OR analys* OR report* OR incentiv* OR rebate* OR discount*)

(Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR Southeast* OR SEA) w/25 (ship* OR haul* OR transp* OR distrib* OR freight OR deliver* OR pick* OR convey* OR rout* OR DSD OR truck* OR driver* OR center OR chain OR distan* OR miles OR fuel*)

(NC OR "N.C." OR SC OR S.C. OR Georgia OR GA OR "G.A." OR Virginia OR VA OR "V.A." OR Tenn* OR TN OR "T.N.") w/25 (ship* OR haul* OR transp* OR distrib* OR freight OR deliver* OR pick* OR convey* OR rout* OR DSD OR truck* OR driver* OR center OR chain OR distan* OR miles OR fuel* )

("Order 5" OR "FO 5" OR "F.O. 5" OR "FMMO 5" OR "F.M.M.O. 5") w/25 (ship* OR haul* OR transp* OR distrib* OR freight OR deliver* OR pick* OR convey* OR rout* OR DSD OR truck* OR driver* OR enter OR chain OR distan* OR miles OR fuel* )

Premium" OR "harris teeter" OR Hunter OR HF OR Kroge* OR Ingle* OR "Land /3 Sun" OR "Land O'Lakes" OR "Tru w/3 Moo" OR "Lone Star" OR Lonestar OR PET OR Broadacre OR Mayfield) w/25 (suppl* OR produc* OR process* OR ship* OR haul* OR transp* OR distribut* OR freight OR deliver* OR pick* OR rout* OR DSD OR truck* OR driver* OR fuel*)

(Publix OR "Whole Foods" OR WF OR BiLo OR "Bi-Lo" OR "Bi/Lo" OR Trader* OR Aldi OR Lidl OR Cricket OR Loew* OR Lowe* OR King* OR Walmart OR "Wal-Mart" OR "Fresh Market" OR Target OR "Piggly Wiggly" OR Piglet OR Costco OR FoodLion) w/20 (suppl* OR produc* OR process* OR ship* OR haul* OR transp* OR distribut* OR freight OR deliver* OR pick* OR rout* OR DSD OR truck* OR driver* OR fuel*)

(Cobblestone OR "Great Lakes" OR GLMP OR Appalachia* OR ADFC OR "Michigan Milk Producers Association" OR MMPA OR "Cooperative Milk Producers Association" OR CMPA OR Piedmont OR Lanco OR SMI OR "Swiss Premium" OR Premier OR Lonestar OR "Lone Star") w/20 (suppl* OR produc* OR process* OR ship* OR haul* OR transp* OR distribut* OR freight OR deliver* OR pick* OR rout* OR DSD OR truck* OR driver* OR fuel*)

(ship* OR haul* OR transp* OR distrib* OR freight OR deliver* OR pick* OR convey* OR rout* OR DSD OR truck* OR driver* OR fuel* OR center OR chain OR miles OR distanc* OR geograph*) w/10 (pric* OR cost* OR fee OR fees OR pay* OR invoic* OR charg* OR compet*)

**LEGACY DFA ONLY:** Dean w/25 (ship* OR haul* OR transp* OR distrib* OR freight OR deliver* OR pick* OR convey* OR rout* OR DSD OR truck* OR driver* OR center OR chain OR distan* OR miles OR fuel* )

**LEGACY Dean ONLY:** (DFA OR "Dairy Farmers of America") w/25 (ship* OR haul* OR transp* OR distrib* OR freight OR deliver* OR pick* OR convey* OR rout* OR DSD OR truck* OR driver* OR center OR chain OR distan* OR miles OR fuel* )

(Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR Southeast* OR SEA) w/25 (center OR chain OR distan* OR operat* OR qualit* OR servic* OR packag* OR capac* OR utiliz*)

(NC OR "N.C." OR SC OR S.C. OR Georgia OR GA OR "G.A." OR Virginia OR VA OR "V.A." OR Tenn* OR TN OR "T.N.") w/25 (center OR chain OR distan* OR operat* OR qualit* OR servic* OR packag* OR capac* OR utiliz*)

(Marva* OR MDVA OR "Maryland w/2 Virginia" OR "Md&Va" OR "MD/VA" OR "Md-Va") w/25 (center OR chain OR distan* OR operat* OR qualit* OR servic* OR packag* OR capac* OR utiliz*)

(Borden OR Cloverland OR Milkco OR "Milk Co" OR Hood OR "United Dairy" OR "Valley Milk" OR Cobblestone OR Piedmont OR LANCO OR SMI OR "Swiss Premium" OR "harris teeter" OR Hunter OR HF OR Kroge* OR Ingle* OR "Land /3 Sun" OR "Land O'Lakes" OR "Tru w/3 Moo" OR "Lone Star" OR Lonestar OR PET OR Broadacre OR Mayfield) w/25 (center OR chain OR distan* OR operat* OR qualit* OR servic* OR packag* OR capac* OR utiliz*)

(Cobblestone OR "Great Lakes" OR GLMP OR Appalachia* OR ADFC OR "Michigan Milk Producers Association" OR MMPA OR "Cooperative Milk Producers Association" OR CMPA OR Piedmont OR Lanco OR SMI OR "Swiss Premium" OR Premier OR Lonestar OR "Lone Star") w/25 (center OR chain OR distan* OR operat* OR qualit* OR servic* OR packag* OR capac* OR utiliz*)

(bankrupt* OR "Chapter 11" OR bid* or asset* OR Dove OR Dragon) w/25 (center OR chain OR distan* OR operat* OR qualit* OR servic* OR packag* OR capac* OR utiliz*)

**LEGAGY DFA ONLY:** Dean w/25 (center OR chain OR distan* OR operat* OR qualit* OR servic* OR packag* OR capac* OR utiliz*)

**LEGACY DEAN ONLY:** (DFA OR "Dairy Farmers of America") w/25 (center OR chain OR distan* OR operat* OR qualit* OR servic* OR packag* OR capac* OR utiliz*)

(cost* OR expens* OR difficult* OR barrier*) AND (build OR new OR enter* OR entr* OR operation*) w/25 (market* OR plant* OR facilit*)

(Winston* OR WS OR "High Point" OR HP OR "H-P" OR "H.P." OR Spartanb*rg OR "Dairy Fresh" OR DF OR Carolina* OR Southeast* OR SEA) w/50 ("full supply" OR "most favored" OR MFN OR MFP OR exclusiv* OR enforc*)

(Borden OR Cloverland OR Milkco OR "Milk Co" OR Hood OR "United Dairy" OR "Valley Milk" OR Cobblestone OR Piedmont OR LANCO OR SMI OR "Swiss Premium" OR "harris teeter" OR Hunter OR HF OR Kroge* OR Ingle* OR "Land /3 Sun" OR "Land O'Lakes" OR "Tru w/3 Moo" OR "Lone Star" OR Lonestar OR PET OR Broadacre OR Mayfield) w/50 ("full supply" OR "most favored" OR MFN OR MFP OR exclusiv* OR enforc*)

(bankrupt* OR "Chapter 11" OR bid* or asset* OR Dove OR Dragon) w/50 ("full supply" OR "most favored" OR MFN OR MFP OR exclusiv* OR enforc*)

**LEGAGY DFA ONLY:** Dean w/50 ("full supply" OR "most favored" OR MFN OR MFP OR exclusiv* OR enforc*)

**LEGACY DEAN ONLY:** (DFA OR "Dairy Farmers of America") w/50 ("full supply" OR "most favored" OR MFN OR MFP OR exclusiv* OR enforc*)

mentor w/3 valuat*

MVG