# EXHIBIT O

# DESIGNATED HIGHLY CONFIDENTIAL
# TO BE FILED UNDER SEAL

Letter from A. McDonald to C. Simpson
Re: Search Terms in Response to Plaintiffs'
1st, 2nd and 3rd Requests for Production
October 29, 2020